*Caproni, V*
*Part I*

**JUDGE WOOD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
ILKA RIOS, ALISON BUSH, JOYCE CULLER,
PAMELA STEWART-MARTINEZ, and
WINIFRED COULTON,

on behalf of themselves and all other persons who
are similarly situated,

       Plaintiffs,

  -against-

STANLEY KALMON SCHLEIN, et al.,

       Defendants.
---------------------------------------- x

**16 CV 6448**

ECF Case

Case No.: 16-cv-_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2016

**ORDER TO SHOW CAUSE
FOR A TEMPORARY
RESTRAINING ORDER**

**PLEASE TAKE NOTICE** that upon the accompanying Declarations of Donald R. Dunn, Jr., executed on August 15, 2016, and of Ilka Rios, Alison Bush and Joyce Culler, dated August 13, 2016, together with the exhibits thereto, the accompanying Complaint in this action and upon all prior papers and proceedings had herein,

**IT IS ORDERED**, that sufficient cause having been shown defendants, pursuant to Rule 65 of the Federal Rules of Civil Procedure: (1) that defendants Stanley Kalmon Schlein and the Executive Committee of the Bronx Democratic County Committee be and are ~~enjoined~~ *temporarily restrained* from destroying or altering any documents that concern or evidence any membership lists, sign-in or attendance sheet, voting record, roll call, rules of procedure, or other documents relating to the Bronx Democratic County Committee, its Committee to Appoint Vacancies, its Executive Committee, or the preparation and filing of its designating petition, until further order of this Court; (2) that non-party the Board of Elections in New York City *is temporarily restrained* ~~be enjoined~~ from destroying any designating petitions, candidate cover sheets, county committee membership lists, or other

*This request for a Temporary Restraining Order was considered ex parte because Plaintiffs are seeking only a document preservation order and they have adequately shown some risk that the defendants might destroy documents if given advance notice of the proceeding;*

IT IS FURTHER ORDERED that this Order shall expire at 2:30pm on August 29, 2016, unless extended by the Court.

documents filed at the Board of Elections by the Bronx Democratic County Committee, until further order of this Court.

**IT IS FURTHER ORDERED** that service of this Order together with a copy of the papers upon which it is granted, upon Defendant Stanley Kalmon Schlein by personal ~~or substitute~~ service at 481 King Avenue, Bronx, NY; upon Defendant Executive Committee of the Bronx Democratic County Committee by personal service upon a member or authorized agent of that Committee at 1640 Eastchester Rd, Bronx, NY 10461; and upon non-party Board of Elections in New York City by personal service upon an authorized agent at 32 - 42 Broadway, 7th Floor, New York, NY 10004, and upon an authorized agent at the Bronx Election Board, 1780 Grand Concourse, Bronx, NY 10457, on or before noon August 16, 2016; be deemed good and sufficient service of this Order.

**IT IS FURTHER ORDERED** that Plaintiffs shall post security in the amount of $ 0.

IT IS FURTHER ORDERED THAT if Plaintiffs wish to seek a preliminary injunction, they must make a proper motion for a Preliminary Injunction on or before August 22, 2016.

IT IS SO ORDERED.

HONORABLE Valerie C.
United States District Judge
Southern District of New York

Judge Valerie Caproni
Part I    km

Dated: August 15, 2016
Time: 2:30 pm

Submitted by:
  Donald R. Dunn, Jr. (DD0069)
  Law Office of Donald R. Dunn, Jr.
  441 East 139th Street
  Bronx, New York 10454
  Telephone: 718-570-6321
  Email: Donald@drdunnlaw.com

IT IS FURTHER ORDERED that any opposition to this Order must be filed on or before August 19, 2016, and that the Parties must appear for a hearing before 2 the Part I judge at 11:00 am on August 23, 2016.