Donald R. Dunn, Jr. (DD0069)
Law Office of Donald R. Dunn, Jr.
441 East 139th Street
Bronx, New York 10454
Telephone: 718-570-6321
Email: Donald@drdunnlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ILKA RIOS, et al., | : | |
| Plaintiffs, | : | Case No.: 16-cv-6448 (KMW) |
| | : | |
| -against- | : | |
| | : | |
| STANLEY KALMON SCHLEIN, et al., | : | **DECLARATION OF** |
| | : | **DONALD R. DUNN, JR.** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Donald R. Dunn, Jr. declare and state as follows.

1.       I am the attorney for plaintiffs in this action ("Plaintiffs"). I respectfully submit this Declaration in support of Plaintiffs' motion for a preliminary injunction to place before the Court certain documents and other evidence. I have personal knowledge of the facts set forth in this Declaration.

2.       Annexed to these Declarations as **Exhibit 5**[1] is a copy of Plaintiffs' First Amended Complaint, dated August 22, 2016.

3.       Annexed to these Declarations as **Exhibit 6** is a copy of the list of candidates for Member of the County Committee whose name appear on the County Committee's 2014 Designating Petitions and who were elected in the September 9, 2014 primary election, obtained from the Board of Elections in the City of New York ("NYC BOE").

---

[1] Exhibits 1 through 4 to these Declarations are described in the accompanying Declaration of Sarah K. Steiner, Esq.

4. Annexed to these Declarations as **Exhibit 7** is a copy of the list of the Rules and Regulations of the County Committee's 2014, post-primary meeting ("County Committee Rules"), obtained from the NYC BOE.

5. Annexed to these Declarations as **Exhibit 8** is a copy of the results of the County Committee's 2014 election of officers, obtained from the NYC BOE.

6. Annexed to these Declarations as **Exhibit 9** is a copy of the 2016 Cover Sheets for the County Committee's Designating Petitions filed on behalf of its candidates in each of the Bronx's eleven Assembly Districts, obtained from the NYC BOE.

7. Annexed to these Declarations as **Exhibit 10** is a copy of the 2016 Cover Sheets for the County Committee's candidates for Member of the County Committee in each of the Bronx's eleven Assembly Districts, obtained from the NYC BOE.

8. Annexed to these Declarations as **Exhibit 11** is a copy of the transcript ("2014 Transcript") of the special proceeding to invalidate the County Committee Designating Petition filed in the 77th Assembly District (the "2014 AD77 Proceeding"). Annexed to these Declarations as **Exhibit 12** and **Exhibit 13** are copies of the referee's report and appellate court's decisions in the 2014 AD77 Proceeding.

9. Annexed to these Declarations as **Exhibit 14** is a copy of the three sheets of the County Committee's Designating Petition witnessed by Julia Jenkins and filed in the 77th Assembly District in 2014.

10. Annexed to these Declarations as **Exhibit 15** is a copy of the transcript ("2016 Transcript") of the 2016 special proceeding to invalidate the BDCC Petition filed in the 85th Assembly District (the "2016 AD85 Proceeding").

11.     Annexed to these Declarations as **Exhibit 16** is a copy of sheets of the County Committee's Designating Petition witnessed by defendant Leila Martinez and filed in the 85th Assembly District in 2016.

12.     Annexed to these Declarations as **Exhibit 17** is a copy of sheets of the County Committee's Designating Petition witnessed by defendant John Zacarro and filed in the 85th Assembly District in 2016.

13.     Annexed to these Declarations as **Exhibit 18** is a copy of the pages of the security sign-in log for 820 Boynton Avenue, produced in 2016 AD85 Proceeding.

14.     Annexed to these Declarations as **Exhibit 19** is a copy of the Pitts Affidavit.

15.     Annexed to these Declarations as **Exhibit 20** is a copy of the McKenize Affidavit.

16.     Annexed to these Declarations as **Exhibit 21** is a copy of the Brown Affidavit.

17.     Annexed to these Declarations as **Exhibit 22** is a copy of sheets of the County Committee's Designating Petition witnessed by Nicholas Brown and filed in the 77th Assembly District in 2014.

18.     Annexed to these Declarations as **Exhibit 23** is a copy of a sample of the sheets of the County Committee's Designating Petition that were manufactured by forgery and filed in the 85th Assembly District in 2016.

19.     Annexed to these Declarations as **Exhibit 24** is a copy of a sample of the sheets of the County Committee's Designating Petition containing abnormalities caused by forgery and filed in the 85th Assembly District in 2016.

20.     Annexed to these Declarations as **Exhibit 25** is a copy of two sheets of the County Committee's Designating Petition containing abnormalities caused by forgery and filed in the 87th Assembly District in 2016.

21.     Annexed to these Declarations as **Exhibit 26** is a copy of the referee's report in the 2016 AD85 Proceeding.

22.     Annexed to these Declarations as **Exhibit 27** is a copy of the state court's decision and order in the 2016 AD85 Proceeding.

23.     Annexed to these Declarations as **Exhibit 28** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE.  I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed.  As is reflected on the very next page of Exhibit 28, however, the Election District in which the candidates for County Committee Member was unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 22 of volume BX1600395.  That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

24.     Annexed to these Declarations as **Exhibit 29** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE.  I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed.  As is reflected on the very next page of Exhibit 29, however, the names of the

candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 35 of volume BX1600395. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

25. Annexed to these Declarations as **<u>Exhibit 30</u>** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE. I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed. As is reflected on the very next page of Exhibit 30, however, the names of the candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 36 of volume BX1600395. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

26. Annexed to these Declarations as **<u>Exhibit 31</u>** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE. I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it

was signed. As is reflected on the very next page of Exhibit 31, however, the names of the candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 47 of volume BX1600395. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

27. Annexed to these Declarations as **Exhibit 32** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE. I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed. As is reflected on the very next page of Exhibit 32, however, the names of the candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 48 of volume BX1600395. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

28. Annexed to these Declarations as **Exhibit 33** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE. I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally

prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed. As is reflected on the very next page of Exhibit 33, however, the names of the candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 4 of volume BX1600396. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

29.      Annexed to these Declarations as **Exhibit 34** is a copy of a Designating Petition sheet for Michael Blake as well as other candidates located in the 79th Assembly District, made before that sheet was delivered to Defendants, together with a copy of that same sheet after Defendants filed it with the NYC BOE. I received the pre-filing copy from Sarah Steiner and am advised by Sarah Steiner that, if called upon to testify, she would testify that she personally prepared that petition sheet to be circulated for signature and she personally reviewed it after it was signed. As is reflected on the very next page of Exhibit 34, however, the names of the candidates for County Committee Member were unlawfully altered after it was signed by voters and after it was turned over to the Bronx County organization, but before it was filed at the Board of Elections as page 16 of volume BX1600396. That unlawful alteration was performed without Sarah Steiner's knowledge or consent, or that of Michael Blake, or of any person affiliated with his campaign.

30.      Sarah Steiner advises me that she has not yet completed her review of the County Committee's Designating Petitions to identify unlawful alterations.

31.      Annexed to these Declarations as **Exhibit 35** is the copy of the voter registration records of the persons registered to vote at 916 Rev. James Polite, Apartment 2C, Bronx.

32.     Annexed to these Declarations as **Exhibit 36** is the copy of the voter registration records of the persons registered to vote at 1248 Teller Avenue, Bronx.

33.     Discovery in this action has not yet commenced and Plaintiffs' review of the relevant Designating Petitions and other documents are ongoing.

34.     There has been no prior application to this or any Court for the relief sought herein.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on August 22, 2016
Bronx, New York

_____/s/_____
Donald R. Dunn, Jr.