Donald R. Dunn, Jr. (DD0069)
Law Office of Donald R. Dunn, Jr.
441 East 139th Street
Bronx, New York 10454
Telephone: 718-570-6321
Email: Donald@drdunnlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| ILKA RIOS, et al., | ECF Case |
| on behalf of themselves and all other persons who reside in Bronx County, New York, who are similarly situated, | Case No.: 16-cv-6448 (KMW) |
| Plaintiffs, | **SARAH K STEINER** |
| -against- | **DECLARATION** |
| STANLEY KALMON SCHLEIN, et al., | |
| Defendants. | |

------------------------------------x

I, Sarah K. Steiner, declare and state as follows:

1. I am an attorney duly admitted to practice law before the courts of the State of New York. For the last twenty-three years, a substantial portion of my practice has been in election and other political law. Prior to that, from 1987 to 1993, I was an Assistant District Attorney in Queens County, primarily in the Rackets and Economic Crimes Bureau, and prior to that, a litigation associate at a large New York City law firm. I am the outgoing Chair of the Election Law Committee of the Association of the Bar of the City of New York (2013-1016) and have represented candidates seeking federal, state, city-wide, county, and local and party offices. I have personal knowledge of the facts set forth in this Declaration.

2. In the 2016 state primary election season, I was retained by two candidates running for elected office in the Bronx. Specifically – and independently of each other – I was retained by the Honorable Michael Blake, the current Member of the New York State Assembly representing the 79th Assembly District, and the Honorable Gustavo Rivera, the current member of the New York Senate from the 33rd Senate District.

3. Assemblymember Blake and Senator Rivera are both incumbent Democrats and as such their names appear on the Designating Petitions bearing the names of all of the other candidates endorsed by the Bronx Democratic County Organization. In general, most or all such candidates are represented by Stanley Kalmon Schlein, Esq., a well-known and very competent Bronx election attorney; Messrs. Blake and Rivera, however, each separately retained me as their 2016 campaign counsel. On information and belief, all other candidates who appear on Bronx County organization petitions are represented by Mr. Schlein.

4. It is, I believe, relevant to understanding this process to know that the fundamental unit underlying the operation of New York City's counties as far as Democratic Party organizations are concerned is the Assembly District. Each Assembly District contains a predetermined number of Election Districts from which County Committee members are elected. The County Committee members are elected from areas called Election Districts (think of your voting machine – it has a number, and that is the number of your Election District) that can be only a few square blocks in size, and so are the most "grass-roots" representatives of the people. County Committee members are charged with voting on party rules, selecting local judicial candidates, choosing the Democratic Party's nominee in Special Elections, and other party business. Every two years, Democrats in each Assembly District elect two District Leaders, one male, one female, and a male and female member of the Democratic State Committee. These District Leaders choose the party chair, and together this makes up the Executive Committee of the Bronx County

Committee. Senate Districts overlap two or more Assembly Districts, as they are larger in area, and so – as here – Senator Rivera's name appears on the various petitions of each of his overlapping Assembly colleagues. The Assembly Districts that overlap with the 33rd Senate District are parts of the 77th, 78th, 79th, 81st and 86th.

5. As a part of my representation of Assemblymember Blake and Senator Rivera, I supervised the process of gathering signatures on each of their Designating Petitions. I reviewed all of the petition sheets that came out of the 79th AD, whether collected by workers from the Blake campaign or from the Rivera campaign. Some of these sheets had labels affixed to them before they were brought out to be signed by voters on which County Committee candidates were listed. No labels were affixed after signatures were attained. I reviewed the sheets collected by the Rivera campaign in Election Districts where the 77th AD overlapped the 33rd Senate District, and none of those sheets had labels affixed. The same is true of the sheets for election districts where the Rivera campaign collected signatures in the 78th AD and the 86th AD. With regard to the signatures collected in election districts where the 81st AD overlaps the 33rd Senate District, those sheets were received by the Rivera campaign with the labels with names of the candidates for the County Committee already properly affixed before they were taken out to the voters.

6. When petitions are printed, there is a space left blank so that the names and addresses of candidates for County Committee may be inserted. They may be on labels, or they may be written in by hand, or typed, but that must happen <u>before</u> the voters sign those sheets. For both AM Blake and Sen. Rivera, campaign workers placed labels with the names and addresses of each and every such candidate for County Committee onto the Designating Petition sheets <u>before</u> any voter was asked to or did sign any such Designating Petition. Both campaigns only used labels, and did not type or hand-write any of that information. The Rivera and Blake campaigns used the names of the individuals who had served on the 2014 County Committee,

3