Donald R. Dunn, Jr. (DD0069)
Law Office of Donald R. Dunn, Jr.
441 East 139th Street
Bronx, New York 10454
Telephone: 718-570-6321
Email: Donald@drdunnlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| ILKA RIOS, et al., | ECF Case |
| on behalf of themselves and all other persons who reside in Bronx County, New York, who are similarly situated, | Case No.: 16-cv-6448 (KMW) |
| Plaintiffs, | **DECLARATION OF CAMELLA PRICE** |
| -against- | |
| STANLEY KALMON SCHLEIN, et al., | |
| Defendants. | |

------------------------------------x

I, Camella Price, declare and state as follows.

1. In 2014, I had occasion to attend the special proceedings held in the Bronx under the election law to challenge candidate's Designating Petitions. Those proceedings are held at the Bronx Board of Elections at 1780 Grand Concourse, in the Bronx. During those proceedings, there were three or four different trials happening at different times at various tables in front of various referees, but all in the same room.

2. The room is otherwise used as a training room. It opens through a set of double doors into the main lobby and through another, accordion-style collapsing door into a lunch room with a refrigerator, tables and chairs.

3. It was the first day of the trials before the special referees, the end of July 2014. I was sitting along the wall, next to the accordion door to the lunch room. That door was ajar and

I heard Benny Catala distinctly say, "you can't say that." I have known Benny Catala for years and I recognized his voice. I turned to look through the open part of the door and saw Benny Catala sitting at the far, corner table with an elderly black woman who looked very nervous. I then heard Benny Catala say to the elderly woman, "you have to say that you did everything you have to say that man was not telling the truth. If you don't, you can't work at the board [of elections] anymore. If you say you did everything and that man was not telling the truth we will get you a turkey for Thanksgiving."

4. When Benny Catala walked out of that lunch room, he recognized me and said hello as if nothing had happened.

5. A few minutes later, the elderly woman sat down at one of the tables in the room where Stanley Schlein was sitting. The woman, who stated her name as Rosella Gregg, started answering the questions of an attorney I had never seen before but who I now know is Donald Dunn. I heard the woman say that she did everything and then say something about that being a lie and that some man was lying. During a short break in her testimony, I walked over and whispered to Mr. Dunn that Benny Catala had threatened his witness.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on August 22, 2016
Bronx, New York

_____
Camella Price