USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/23/16__

United States District Court
Southern District of New York

Ilka Rios, et al,
    Plaintiffs

vs

Stanley Kalman Schlein, et. al.

Case No. 16-cv-6448 (KMW/JLC)

Stipulation

It is hereby stipulated and agreed by Plaintiffs and the Bronx Democratic County Committee & its Executive Committee, acting through their undersigned counsel, as follows:

The Bronx Democratic County Committee and its Executive Committee shall preserve all documents and other evidence relating to the subject matter of this litigation to the extent such documents exist.

Aug. 23, 2016

_____
Marissa Soto (MS9866)
778 Castle Hill Ave.
Bronx, NY 10473
T: (646) 812-6347
F: (718) 931-1121
Attorney for Defendant, Bronx Democratic County Committee, Executive Comm.

_____
Donald R. Dunn, Jr. (DD0069)
441 E 139th St.
Bronx, NY 10454
718-570-6321
Attorney for Plaintiffs

IT IS SO ORDERED

Honorable _____
United States District Judge
Southern District of New York

Dated: August 23, 2016
Time: 3:00 pm.