USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/24/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILKA RIOS, ALISON BUSH, JOYCE CULLER, PAMELA STEWART-MARTINEZ, WINIFRED COULTON, SHARAN FERNANDEZ, CHARLENE PRICE, and ROXANNE DELGADO,

on behalf of themselves and all other persons who reside in Bronx County, New York, who are similarly situated,

     Plaintiffs,

-against-

STANLEY KALMON SCHLEIN, RUBEN DIAZ, JR., JEFFREY DINOWITZ, MICHAEL R. BENEDETTO, CARL E. HEASTIE, AURELIA GREENE, ANNABEL PALMA, MARCOS A. CRESPO, VANESSA L. GIBSON, MARISSA SOTO, ANTHONY PEREZ, VENANCIO "BENNY" CATALA, JOHN ZACARRO, ANGEL GAUD, YVES FILIAS, LEILA MARTINEZ, UNIDENTIFIED CO-CONSPIRATORS 1 to 100, and THE BOARD OF ELECTIONS IN THE CITY OF NEW YORK and THE NEW YORK STATE BOARD OF ELECTIONS, as necessary parties,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 16-cv6448 (KMW/jlc)

**ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

AND PARTIAL CONTINUATION OF TEMPORARY RESTRAINING ORDER ENTERED ON AUGUST 15, 2016.

**PLEASE TAKE NOTICE** that upon the accompanying Declarations of Donald R. Dunn, Jr., Sarah K. Steiner, and Camella Price, executed on August 22, 2016, together with the exhibits thereto, the accompanying Amended Complaint in this action, Plaintiffs' Memorandum of Law in support of this application, and upon all prior papers and proceedings had herein,

**IT IS ORDERED**, that defendants Stanley Kalmon Schlein, Ruben Diaz, Jr., Jeffrey Dinowitz, Michael R. Benedetto, Carl E. Heastie, Aurelia Greene, Annabel Palma, Marcos A.

1

Crespo, Vanessa L. Gibson, Marissa Soto, Anthony Perez, Venancio "Benny" Catala, John Zacarro, Angel Gaud, Yves Filias, Leila Martinez, Unidentified Co-Conspirators 1 through 100, and necessary-party defendants Board of Elections for the City of New York and New York State Board of Elections (collectively, "Defendants"), shall show cause before the Honorable _____Kimba M. Wood_____ in Courtroom 18B of the Daniel Patrick Moynihan United States Courthouse United States Courthouse, Southern District of New York, located at The United States Courthouse, 500 Pearl Street, New York, New York, 10007, on ~~August~~ September 6, 2016, at 2:00 ~~a.m.~~/p.m. or as soon thereafter as counsel can be heard, why an order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(1) Ordering Defendants the Board of Elections for the City of New York and New York State Board of Elections to preserve all documents and evidence concerning the Bronx Democratic County Committee, directing the Board of Elections for the City of New York to allow Plaintiffs, their counsel and other representatives to inspect more than one Designating Petition at a time, to physically touch and handle the Designating Petitions, to photograph pages of those Designating Petition, and to disassemble a Designating Petition to enable side-by-side or overlaid comparisons of multiple petition sheets.

(2) Enjoining the September 2016 Democratic primary election in the Bronx and directing that any otherwise qualified Democratic voter who submits 25 signatures that otherwise comply with the Election Law's requirements for a Designating Petition be placed onto the general election ballot as a Democratic candidate;

(3) Enjoining the September 2016 Democratic primary election insofar as it pertains to the party office or position of Member of the County Committee, Delegate to the 12th Judicial Convention, Alternate Delegate to the 12th Judicial Convention, and district leader, and directing that the Bronx Democratic party be governed by the provisions of the Election Law that govern a county that does not form a county committee, until further order of this Court; suspending in the Bronx § 6-124 of the Election Law regarding the use of a Judicial Convention to appoint candidates to the Supreme Court and directing instead that such candidates be placed onto the primary ballot by designating petitions in a manner set forth under the Election Law for judges of the civil court;

(4) directing that a special election be held in 2017 to elect candidates to fill the remaining term of one-half of the judges of the supreme court who sit in the county of Bronx, and that another special election be held in 2018 to elect candidates to fill the remaining one-half of the Bronx's supreme court judges; and

(5) granting Plaintiffs such other and further relief as is just and proper.

**IT IS FURTHER ORDERED** that sufficient cause having been shown, pending the hearing and disposition of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, that Defendants, ~~and the Executive Committee of the Bronx Democratic County Committee~~ [the Board of Election of the City of New York and the New York State Board of Elections] be and are temporarily restrained from destroying or altering any designating petition filed by the Bronx democratic County Committee and any other documents that concern or evidence any membership lists, sign-in or attendance sheet, voting record, roll call, rules of procedure, or other documents relating to the Bronx Democratic County

3

IT IS FURTHER ORDERED that this TEMPORARY RESTRAINING ORDER shall expire at 2:00 pm on September 6, 2016 unless extended by the Court.

IT IS FURTHER ORDERED that Defendants' responsive papers shall be filed by 10:00am on August 31, 2016.

Committee, its Committee to Appoint Vacancies, its Executive Committee, or the preparation and filing of its designating petition, until further order of this Court.

**IT IS FURTHER ORDERED** that service of this Order together with a copy of the papers upon which it is granted, upon the individual Defendants by (1) personal service; or (2) delivering a copy to a person at the Defendant's public office authorized to accept service of process on behalf of that Defendant; or (3) delivering a copy to a person of suitable age and discretion at the Defendant's public office and by mailing an additional copy to that Defendant at that office; and upon necessary-party defendant Board of Elections in New York City by personal service upon an authorized agent at 32 - 42 Broadway, 7th Floor, New York, NY 10004, and upon necessary-party defendant New York State Board of Elections by personal service upon an authorized agent at 40 North Pearl Street, Suite 5, Albany, New York 12207-2729, on or before 5:00 pm August 26, 2016; be deemed good and sufficient service of this Order.

**IT IS FURTHER ORDERED** that Plaintiffs shall post security of $ -0- .

**IT IS SO ORDERED**.

_____
HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York

Dated: August 24, 2016
Time: 4:40 p.m.

Submitted by:
Donald R. Dunn, Jr. (DD0069)
Law Office of Donald R. Dunn, Jr.
441 East 139th Street
Bronx, New York 10454
Telephone: 718-570-6321
Email: Donald@drdunnlaw.com

4