Donald R. Dunn, Jr. (DD0069)
Law Office of Donald R. Dunn, Jr.
441 East 139th Street
Bronx, New York 10454
Telephone: 718-570-6321
Email: Donald@drdunnlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ILKA RIOS, et al.,                                  :
                Plaintiffs,    :     Case No.: 16-cv-6448 (KMW)
                                :
       -against-                                   :
                                :     **SUPPLEMENTAL**
STANLEY KALMON SCHLEIN, et al.,      :     **DECLARATION OF**
                                :     **DONALD R. DUNN, JR.**
               Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Donald R. Dunn, Jr. declare and state as follows.

       I am the attorney for plaintiffs in this action ("Plaintiffs"). I respectfully submit this Supplemental Declaration to facilitate the electronic filing of the exhibits to Plaintiffs' Motion for a Preliminary Injunction, electronically filed on August 23, 2016, without exhibits.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on August 25, 2016
Bronx, New York

                                          _____/s/_____
                                          Donald R. Dunn, Jr.