**77-029**

**Members of the**
**Democratic County Committee**
from the
**29 Election District of the**
**77th Assembly District**
**Bronx County**
**New York State**

I DO HEREBY APPOINT - NAMES / ADDRESSES

- Stanley Kalman Schlein — 401 King Avenue, Bronx, NY 10464
- Annabel Palma — 1310 Watergate Road, Bronx, NY 10463
- Vanessa Gibson — 1400 Sedgwick Avenue, Bronx, NY 10453
- Jeffrey Dinowitz — 3260 Henry Hudson Parkway, Bronx, NY 10463
- Marisol Soto — Fort Randolph Place, Bronx, NY 10465

all of whom are enrolled voters of the Democratic Party as a Committee to fill vacancies in accordance with the provisions of the Election Law.

In witness whereof, I have hereunto set my hand, the day and year placed opposite my signature.

| Date | Name of Signer / Signature Required (printed name may be added) | Residence | County |
|---|---|---|---|
| 1. 6/01/2016 | Ana Rodry / ANA Rodriguez | 1955 Sedgwick Ave, Bronx | Bronx |
| 2. 6/28/2016 | Dennise Alvarez | 1955 Sedgwick Ave, Bronx | Bronx |
| 3. 6/28/2016 | Shamima Akter / Shamima Akter | 1955 Sedgwick Ave, Bronx | Bronx |
| 4. 5/28/2016 | Roger Doke / Roger Doke | 1955 Sedgwick Ave, Bronx | Bronx |
| 5. 6/28/2016 | (signature) / Yunerys Robles | 1955 Sedgwick Ave, Bronx | Bronx |
| 6. 6/28/2016 | Marcos P. Rosario / Marcos Rosario | 1955 Sedgwick Ave, Bronx | Bronx |
| 7. 6/28/2016 | Tara Lee Huie / Tara Lee Huie | 1955 Sedgwick Ave, Bronx | Bronx |
| 8. 6/28/2016 | Asuncion Martinez / Asuncion Martinez | 1955-1975 Sedgwick Ave, Bronx | Bronx |
| 9. 6/28/2016 | (signature) | 1975 Sedgwick Ave, Bronx | Bronx |
| 10. 6/28/2016 | Shaun Russell / Shaun Russell | 1975 Sedgwick Ave, Bronx | Bronx |
| 11. 6/28/2016 | Karina Sanchez / Karina Sanchez | 1975 Sedgwick Ave, Bronx | Bronx |
| 12. 6/29/2016 | Kimberly Nelson / Kimberly Nelson | 1975 Sedgwick Ave, Bronx | Bronx |
| 13. 6/20/2016 | Australia Vargas / Australia Vargas | 1975 Sedgwick Ave, Bronx | Bronx |
| 14. | | Bronx | Bronx |
| 15. 2016 | | Borough of Bronx, City of New York | Bronx |

**STATEMENT OF WITNESS**

I, **VALERIA HUNT** (Name of Witness), state: I am a duly qualified voter of the State of New York and am an enrolled voter of the Democratic Party. I now reside at **90-60 Union Turnpike Apt. 4C, Queens, New York** (Residence address, also post office if not identical).

Each of the individuals whose names are subscribed to this petition sheet containing **13** (Fill in Number) signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

Date: **June 20**, 2016        Signature of Witness: *Valeria Hunt*

**Witness Identification Information**
The following information must be completed prior to filing with the Board of Elections in order for this petition sheet to be valid.

Town or City: **City of New York**
County: **Queens**

SHEET NO. _____

P16-47-2   NY Prints 646-502-7330   Al Handell/Paul Bader

| | | |
|---|---|---|
| JOSE MORELL | from the<br>77th Assembly District<br>Bronx County<br>New York State | 900 Grand Concourse<br>Bronx, NY 10451 |
| EVELYN RIVERA | Female Member of the<br>Democratic State Committee<br>from the<br>77th Assembly District<br>Bronx County<br>New York State | 11 West 172nd Street<br>Bronx, NY 10452 |
| AURELIA GREENE<br>LATOYA JOYNER<br>VANESSA L. GIBSON<br>GREGORY A. DELTS<br>BENNY CATALA<br>EVELYN RIVERA | Delegates to the<br>12th Judicial District<br>Democratic Convention<br>from the<br>77th Assembly District<br>Bronx County<br>New York State | 1248 Teller Avenue, Bronx, NY 10456<br>1010 Sherman Avenue, Bronx, NY 10456<br>1889 Sedgwick Avenue, Bronx, NY 10453<br>319 East 169th Street, Bronx, NY 10456<br>316 East 164th Street, Bronx, NY 10456<br>11 West 172nd Street, Bronx, NY 10452 |
| SANDRA THOMAS<br>PETRONA GRAHAM<br>EARNESTINE GLOVER<br>RUBY SANTANA<br>DELORES DEWITT<br>ARLENE HALL-WAISBURD | Alternate Delegates to the<br>12th Judicial District<br>Democratic Convention<br>from the<br>77th Assembly District<br>Bronx County<br>New York State | 1131 Ogden Avenue, Bronx, NY 10452<br>53 Clifford Place, Bronx, NY 10453<br>1840 Sedgwick Avenue, Bronx, NY 10453<br>1181 Sheridan Avenue, Bronx, NY 10452<br>1125 University Avenue, Bronx, NY 10452<br>1150 Grand Concourse, Bronx, NY 10456 |
| Vanessa L. Gibson<br>Miriam Green | Members of the<br>Democratic County Committee<br>from the<br>29 Election District of the<br>77th Assembly District<br>Bronx County<br>New York State | 1889 Sedgwick Avenue Bronx, NY 10453<br>1889 Sedgwick Avenue Bronx, NY 10453 |

I DO HEREBY APPOINT - NAMES
  Stanley Kalmon Schlein
  Annabel Palma
  Vanessa Gibson
  Jeffrey Dinowitz
  Marissa Soto

ADDRESSES
  481 King Avenue, Bronx, NY 10464
  1510 Unionport Road, Bronx, NY 10462
  1889 Sedgwick Avenue, Bronx, NY 10453
  3701 Henry Hudson Parkway, Bronx, NY 10463
  3208 Randolph Place, Bronx, NY 10465

all of whom are enrolled voters of the Democratic Party as a Committee to fill vacancies in accordance with the provisions of the Election Law.

In witness whereof, I have hereunto set my hand, the day and year placed opposite my signature.

| # | Date | Signature | Printed Name | Address | Borough |
|---|---|---|---|---|---|
| 1 | 6/28/2016 | Ana Rodry | ANA RODRIGUEZ | 1955 Sedgwick Ave | Bronx |
| 2 | 6/28/2016 | Dennise Alvarez | | 1955 Sedgwick Ave | Bronx |
| 3 | 6/28/2016 | Shamma Akter | Shamima Akter | 1955 Sedgwick Ave | Bronx |
| 4 | 6/28/2016 | Roger Doko | Roger Doleo | 1955 Sedgwick Ave | Bronx |
| 5 | 6/28/2016 | (signature) | Yunerys Robles | 1955 Sedgwick Ave | Bronx |
| 6 | 6/28/2016 | Marcos P. Rosario | Marcos Rosario | 1955 Sedgwick Ave | Bronx |
| 7 | 6/28/2016 | Tara Lee Huie | Tara Lee Huie | 1955 Sedgwick Ave | Bronx |
| 8 | 6/28/2016 | Asuncion Martinez | Asuncion Martinez | 195 1975 Sedgwick Ave | Bronx |
| 9 | 6/28/2016 | LA fern Lles | | 1975 Sedgwick Ave | Bronx |
| 10 | 6/28/2016 | Shaun Russell | Shaun Russell | 1975 Sedgwick Ave | Bronx |
| 11 | 6/28/2016 | Karina Sanchez | Karina Sanchez | 1975 Sedgwick Ave | Bronx |
| 12 | 6/28/2016 | Kimberly Nelson | Kimberly Nelson | 1975 Sedgwick Ave | Bronx |
| 13 | 6/28/2016 | Australia Vargas | Australia Vargas | 1975 Sedgwick Ave | Bronx |
| 14 | 2016 | | | | Bronx |
| 15 | 2016 | | | | Bronx |

Received 2016 JUL 11 PM 12:25 G.O.B. BOARD OF ELECTIONS CITY OF NY BRONX

STATEMENT OF WITNESS

I, VALERIA HUNT (Name of Witness), state I am a duly qualified voter of the State of New York and am an enrolled voter of the Democratic Party. I now reside at 90-60 UNION TURNPIKE APT 4C QUEENS VH (Residence address; also post office if not identical), Bronx, New York.

Each of the individuals whose names are subscribed to this petition sheet containing [13] (Fill in Number) signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

Date: JUNE 28, 2016

Signature of Witness: Valeria Hunt

Witness Identification Information

The following information must be completed prior to filing with the Board of Elections in order for this petition sheet to be valid.

Town or City: City of New York
County: Bronx QUEENS VH

SHEET NO. 1