**77-045**

**Democratic County Committee from the 45 Election District of the 77th Assembly District Bronx County New York State**

I DO HEREBY APPOINT - NAMES
- Stanley Kalmon Schlein — 481 King Avenue, Bronx, NY 10464
- Annabel Palma — 1510 Unionport Road, Bronx, NY 10462
- Vanessa Gibson — 1800 Sedgwick Avenue, Bronx, NY 10453
- Marissa Soto — 3209 Randolph Place, Bronx, NY 12465

all of whom are enrolled voters of the Democratic Party as a Committee to fill vacancies in accordance with the provisions of the Election Law.

In witness whereof, I have hereunto set my hand, the day and year placed opposite my signature.

| Date | Name of Signer (Signature Required, printed name may be added) | Residence | County |
|---|---|---|---|
| 1. June 29, 2016 | [signature] / Aynard Oyouba | 1170 S Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 2. June 29, 2016 | [signature] / Elvio Estevez | 1175 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 3. June 29, 2016 | [signature] / Leandro Padilla | 1185 Morris Av, Borough of Bronx, City of New York | Bronx |
| 4. June 29, 2016 | Esmeralda Padilla / Esmeralda Padilla | 1185 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 5. June 29, 2016 | [signature] / Fredrick Hartman | 1185 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 6. June 29, 2016 | Annie Gibson / Annie Gibson | 1185 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 7. June 29, 2016 | Adam Gordon / Adam Gordon | 1185 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 8. June 29, 2016 | Luis Mendez / Luis Mendez | 1185 Morris Avenue, Borough of Bronx, City of New York | Bronx |
| 9. June 29, 2016 | Anthony Surotal / Anthony Surotal | 1185 Morris Ave, Borough of Bronx, City of New York | Bronx |
| 10. 2016 | | Borough of Bronx, City of New York | Bronx |
| 11. 2016 | | Borough of Bronx, City of New York | Bronx |
| 12. 2016 | | Borough of Bronx, City of New York | Bronx |
| 13. 2016 | | Borough of Bronx, City of New York | Bronx |
| 14. 2016 | | Borough of Bronx, City of New York | Bronx |
| 15. 2016 | | Borough of Bronx, City of New York | Bronx |

## STATEMENT OF WITNESS

I, **Adolfo Abreu** (Name of Witness), state: I am a duly qualified voter of the State of New York, and am an enrolled voter of the Democratic Party. I now reside at **2801 Morris Avenue**, Bronx, New York. (Residence address, also your office if not identical)

Each of the individuals whose names are subscribed to this petition sheet containing **9** signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

Date: **June 29**, 2016

[signature]
Signature of Witness

**Witness Identification Information**
The following information must be completed prior to filing with the Board of Elections in order for this petition sheet to be valid.

Town or City: **City of New York**
County: **Bronx**

NY Prints 646-502-7330 Al Handell/Paul Sader

SHEET NO. _____

