# Elected Officers of the
# Executive Committee of the Bronx Democratic County Committee

September 17, 2014

| |
|---|
| Chair of the Executive Committee<br>Carl E. Heastie<br>4064 Hill Avenue<br>Bronx, NY 10466 |
| Secretary<br>Annabel Palma<br>1510 Unionport Road<br>Bronx, NY 10462 |
| Treasurer<br>Michael Benedetto<br>3321 Bruckner Boulevard<br>Bronx, NY 10461 |
| Chair of the County Committee<br>Jeffrey Dinowitz<br>3701 Henry Hudson Parkway<br>Bronx, NY 10463 |
| First Vice Chair of the County Committee<br>Benny Catala, Jr.<br>316 East 164th Street<br>Bronx, NY 10456 |
| Counsel<br>Howard Vargas<br>79 Meadowland Street<br>Delmar, NY 12054 |
| Parliamentarian<br>Marissa Soto<br>3208 Randolph Place<br>Bronx, NY 10465 |
| Sergeant-at-Arms<br>Wilbert T. Lawton<br>1038 Boston Road<br>Bronx, NY 10463 |

2014 SEP 22 P 2: 34

RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

# Elected Officers of the
# Bronx Democratic County Committee

September 17, 2014

| |
|---|
| Chair of the County Committee<br>Jeffrey Dinowitz<br>3701 Henry Hudson Parkway<br>Bronx, NY 10463 |
| Secretary<br>Annabel Palma<br>1510 Unionport Road<br>Bronx, NY 10462 |
| Treasurer<br>Michael Benedetto<br>3321 Bruckner Boulevard<br>Bronx, NY 10461 |
| First Vice Chair of the County Committee<br>Benny Catala, Jr.<br>316 East 164th Street<br>Bronx, NY 10456 |
| Sergeant-at-Arms<br>Wilbert T. Lawton<br>1038 Boston Road<br>Bronx, NY 10463 |

2014 SEP 22 P 2:34
RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

## Vice Chairs

1. Carmen Arroyo, (Party Historian) 563 Fox Street, Bronx, NY 10455
2. Marcella R. Brown, 1162 Washington Avenue, Bronx, NY 10456
3. Andrew Cohen, 2721 Arlington Avenue, Bronx, NY 10463
4. Bruce Feld, 699 West 239th Street, Bronx, NY 10463
5. Mark Gjonaj, (Finance) 2100 Eastchester Road, Bronx, NY 10461
6. Lewis Goldstein, 2015 Saint Paul Avenue, Bronx, New York 10461
7. Michael Johnson, 100 Einstein Loop, Bronx, NY 10475
8. Sylvia Lask 140 Asch Loop 8A, Bronx, New York 10475
9. Joseph McManus, 1284 Waring Avenue, Bronx, New York 10469
10. Thomas Messina, 558 Logan Avenue, Bronx, NY 10465
11. Joel Rivera, 1364 Plimpton Avenue, Bronx, New York 10452

## Certification

Annabel Palma, Secretary, Bronx Democratic County Committee and Executive Committee of the Bronx Democratic County Committee, certify that the attached is a true list of officers duly elected at the Organizational Meetings of the 1) Bronx Democratic County Committee and 2) Executive Committee of the Bronx Democratic County Committee on September 17, 2014.

Dated: September 17, 2014
Bronx, NY

Annabel Palma

2014 SEP 22 P 2: 34

RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY