★     **Democratic Party**     ★

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address *(Also mailing address if different)* |
|---|---|---|
| LATOYA JOYNER | Member of the Assembly from the 77th Assembly District New York State | 1010 Sherman Avenue Bronx, NY 10456 |
| GREGORY A. DELTS | Male Assembly District Leader from the 77th Assembly District Bronx County New York State | 349 East 169th Street Bronx, NY 10456 |
| VANESSA L. GIBSON | Female Assembly District Leader from the 77th Assembly District Bronx County New York State | 1089 Sedgwick Avenue Bronx, NY 10453 |
| JOSE MORELL | Male Member of the Democratic State Committee from the 77th Assembly District Bronx County New York State | 900 Grand Concourse Bronx, NY 10451 |
| EVELYN RIVERA | Female Member of the Democratic State Committee from the 77th Assembly District Bronx County New York State | 11 West 172nd Street Bronx, NY 10452 |
| AURELIA GREENE LA COYA JOYNER VANESSA L. GIBSON GREGORY A. DELTS BENNY GAZALY EVELYN RIVERA | Delegates to the 12th Judicial District Democratic Convention from the 77th Assembly District Bronx County New York State | 1248 Teller Avenue, Bronx, NY 10456 1010 Sherman Avenue, Bronx, NY 10456 1089 Sedgwick Avenue, Bronx, NY 10453 349 East 169th Street, Bronx, NY 10456 316 East 158th Street, Bronx, NY 10456 11 West 172nd Street, Bronx, NY 10452 |
| SANDRA THOMAS PETRONA GRAHAM EARNESTINE GLOVER RUBY SANTANA DOLORES DEWITT ARLENE HALL WAISBURD | Alternate Delegates to the 12th Judicial District Democratic Convention from the 77th Assembly District Bronx County New York State | 1131 Ogden Avenue, Bronx, NY 10452 53 Clifford Place, Bronx, NY 10453 1840 Sedgwick Avenue, Bronx, NY 10453 1288 Sheridan Avenue, Bronx, NY 10456 1125 University Avenue, Bronx, NY 10452 1150 Grand Concourse, Bronx, NY 10456 |

Total Number of Volumes in Petition      3

Identification Numbers      BX 1600420, 403, 421

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:     Stanley Kalmon Schlein
Residence Address:     481 King Avenue
Bronx, New York 10464

Phone:     917.359.3186
Fax:     347.281.5984

 

# Democratic Party

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address |
| --- | --- | --- |
| | | (Also mailing address if different) |
| NAME(S) OF CANDIDATE(S) | PUBLIC OFFICE(S) | PLACE(S) OF RESIDENCE |
| JOSE RIVERA | Member of the Assembly from the 78th Assembly District, New York State | Fordham Hill Oval Bronx, NY 10468 |
| JOSE RIVERA | Male Assembly District Leader from the 78th Assembly District, Bronx County, New York State | Fordham Hill Oval Bronx, NY 10468 |
| NILDA VELAZQUEZ | Female Assembly District Leader from the 78th Assembly District, Bronx County, New York State | 2401 Davidson Avenue Bronx, NY 10468 |
| KENNY G AGOSTO | Male Member of the Democratic State Committee from the 78th Assembly District, Bronx County, New York State | 600 Thwaites Place Bronx, NY 10467 |
| JASMIN CLAVASQUIN | Female Member of the Democratic State Committee from the 78th Assembly District, Bronx County, New York State | 2265 Olinville Avenue Bronx, NY 10467 |
| NILDA VELAZQUEZ MARQUES PAYNE IVAN FIGUEROA FRANK FORLINI | Delegates to the 12th Judicial District Democratic Convention from the 78th Assembly District, Bronx County, New York State | 2401 Davidson Avenue, Bronx, NY 10468; 200 East Mosholu Parkway South Bronx, NY 10467; 50 East 1915 Street, Bronx, NY 10468; 2455 Prospect Avenue, Bronx, NY 10458 |
| JAIME MORALES NEREIDA MEDINA WILLIAN MORALES ROBERT VELAZQUEZ | Alternate Delegates to the 12th Judicial District Democratic Convention from the 78th Assembly District, Bronx County, New York State | 2401 Davidson Avenue, Bronx, NY 10468; 489 East 183rd Street, Bronx, NY 10468; 2401 Davidson Avenue, Bronx, NY 10468; 2401 Davidson Avenue, Bronx, NY 10468 |

Total Number of Volumes in Petition _____ 2) _____

Identification Numbers _____ BX 1600 401, 402 _____

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:                                     Stanley Kaimon Schlein
Residence Address:                        481 King Avenue
                                          Bronx, New York 10464
Phone:                                    917.359.3186
Fax:                                      347.281.5984

RECEIVED
G.O.BD. OF ELECTIONS
IN THE CITY OF NEW YORK
42 BROADWAY

COVER SHEET 
2016 JUL 11  PM 2: 07

## DEMOCRATIC PARTY DESIGNATING PETITION

| NAME OF CANDIDATE | PUBLIC OFFICE | RESIDENCE ADDRESS |
| --- | --- | --- |
| MICHAEL A. BLAKE | Member of the Assembly from the 79th Assembly District New York State | 837 Washington Avenue. Apt. 3K Bronx, NY 10451 |

Total Number of Volumes in Petition.     3

(Volume numbers not set forth on this Cover Sheet are not claimed in these petitions)

Identification Numbers

    BX 600395     BX1600396     GX1600397

The petition contains the number, or in excess of the number, of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:

Name:     Sarah K Steiner, Esq

Residence Address:     401 East 74th Street. 9P
                      New York, NY 10021

Phone.     (917) 776-5175                    Email. sks4law@aol com

I hereby authorize that notice of any determination made by the Board of Elections be transmitted to the person named above:

Dated: _7 - 11 - 2016_

Candidate or Agent

 

# Democratic Party

Designating Petition – Bronx County

Name of Candidate | Public Office or Party Position | Residence Address *(Also mailing address if different)*

| Name of Candidate | Public Office or Party Position | Residence Address |
|---|---|---|
| MARK GJONAJ | Member of the Assembly from the 80th Assembly District New York State | 2430 Eastchester Road Bronx, NY 10461 |
| MARCOS SIERRA | Male Assembly District Leader from the 80th Assembly District Bronx County New York State | 66 West Gun Hill Road, Bronx, NY 10467 |
| ANDREA SIEGEL | Female Assembly District Leader from the 80th Assembly District Bronx County New York State | 780 Pelham Parkway South Bronx, NY 10462 |
| JOSEPH A. MCMANUS | Male Member of the Democratic State Committee from the 80th Assembly District Bronx County New York State | 2284 Waring Avenue Bronx, NY 10469 |
| NATHALIA FERNANDEZ | Female Member of the Democratic State Committee from the 80th Assembly District Bronx County New York State | 2340 Esplanade Avenue Bronx, NY 10469 |
| ARMANDO ROSADO, MARIA GONZALEZ, PIERRE SANVIER, CHARLES MCGURELICK, ALMA HILL | Delegates to the 12th Judicial District Democratic Convention from the 80th Assembly District Bronx County New York State | 2214 Middle Avenue Bronx, NY 10465 801 Neill Avenue Bronx, NY 10462 2253 Esplanade Avenue, Bronx, NY 10466 2455 Cruger Avenue, Bronx, NY 10467 20 West Mosholu Parkway, Bronx, NY 10468 |
| HAZEL MIURA, MARTIN MORRISA, FRANK VIGNALI, DEIDRA MOORE, ZENA TAYMANS | Alternate Delegates to the 12th Judicial District Democratic Convention from the 80th Assembly District Bronx County New York State | 2410 Barker Avenue, Bronx, NY 10467 760 Brady Avenue, Bronx, NY 10462 1915 Narragansett Avenue, Bronx, NY 10461 2253 Esplanade Avenue, Bronx, NY 10466 1917 Hunt Avenue, Bronx, NY 10462 |

Total Number of Volumes in Petition ____/____

Identification Numbers   **BX1600414**

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:
Residence Address:

Phone:

Stanley Kalmon Schlein
481 King Avenue
Bronx, New York 10464
917.359.3186



 **Democratic Party** 
Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address (Also mailing address if different) |
|---|---|---|
| JEFFREY DINOWITZ | Member of the Assembly from the 81st Assembly District New York State | 3701 Henry Hudson Parkway Bronx, NY 10463 |
| ERIC DINOWITZ | Male Assembly District Leader from the 81st Assembly District Bronx County New York State | 5800 Arlington Avenue Bronx, NY 10471 |
| RANDI MARTOS | Female Assembly District Leader from the 81st Assembly District Bronx County New York State | 640 West 231st Street Bronx, NY 10463 |
| WILLIAM F WEITZ | Male Member of the Democratic State Committee from the 81st Assembly District Bronx County New York State | 3515 Henry Hudson Parkway Bronx, NY 10463 |
| HELEN K MORIK | Female Member of the Democratic State Committee from the 81st Assembly District Bronx County New York State | 1770 Independence Avenue Bronx, NY 10463 |
| JEFFREY DINOWITZ RANDI MARTOS ERIC DINOWITZ BRUCE FELD JUDITH SONFIELD ANDREW COHEN | Delegates to the 12th Judicial District Democratic Convention from the 81st Assembly District Bronx County New York State | 3701 Henry Hudson Parkway, Bronx NY 10463 640 West 231st Street, Bronx NY 10463 5800 Arlington Avenue, Bronx NY 10471 605 West 190th Street Bronx NY 10463 3133 Henry Hudson Parkway, Bronx NY 10463 2721 Arlington Avenue, Bronx NY 10463 |
| WILLIAM F WEITZ HELEN K MORIK MICHAEL HELLER DANIEL PADERNACHT PAUL SBELLIS ELEANOR OLDFI | Alternate Delegates to the 12th Judicial District Democratic Convention from the 81st Assembly District Bronx County New York State | 3515 Henry Hudson Parkway Bronx NY 10463 3777 Independence Avenue Bronx NY 10463 3135 Johnson Avenue, Bronx NY 10463 3805 Sedgwick Avenue, Bronx NY 10463 290 Heldrum Terrace Bronx NY 10471 3985 Goverment Avenue Bronx NY 10463 |

Total Number of Volumes in Petition ___2___

Identification Numbers __BX 1600 893, 894__

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name: Stanley Kalmon Schlein
Residence Address: 481 King Avenue
Bronx, New York 10464
Phone: 917.359.3186
Fax: 347.281.5984

 

# Democratic Party

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address *(Also mailing address if different)* |
|---|---|---|
| MICHAEL R. BENEDETTO | Member of the Assembly from the 82nd Assembly District New York State | 3321 Bruckner Boulevard Bronx, NY 10461 |
| THOMAS P. MESSINA | Male Member of the Democratic State Committee from the 82nd Assembly District Bronx County New York State | 558 Logan Avenue Bronx, NY 10465 |
| ANNA RODGERS | Female Member of the Democratic State Committee from the 82nd Assembly District Bronx County New York State | 900 Baychester Avenue Bronx, NY 10475 |
| JAMES VACCA GEORGE E. CLARKE SHIRLEY F. SAUNDERS MARJORIE VELAZQUEZ JOHN COLLAZZI WILLIAM FLOYD MARIA PROVENZANO | Delegates to the 12th Judicial District Democratic Convention from the 82nd Assembly District Bronx County New York State | 1154 Crosby Avenue, Bronx, NY 10461 1161 Carver Loop, Bronx, NY 10475 120.33 Benchley Place, Bronx, NY 10475 3707 East Tremont Avenue, Bronx, NY 10465 3298 Agar Place, Bronx, NY 10465 130 Elgar Place, Bronx, NY 10475 1814 Yates Avenue, Bronx, NY 10461 |
| MICHAEL R. BENEDETTO RICHARD ASHBY THOMAS P. MESSINA GERTIE BROWN MONIQUE JOHNSON MARJORIE HELMS ANNA RODGERS | Alternate Delegates to the 12th Judicial District Democratic Convention from the 82nd Assembly District Bronx County New York State | 3321 Bruckner Boulevard, Bronx, NY 10461 120 Co-op City Blvd, Bronx, NY 10475 558 Logan Avenue, Bronx, NY 10465 100 Alcott Place, Bronx, NY 10475 345 Cabton Avenue, Bronx, NY 10469 295 Baynor Place, Bronx, NY 10475 900 Baychester Avenue, Bronx, NY 10475 |

Total Number of Volumes in Petition ___2___

Identification Numbers ___OY 1600407, 411___

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:                   Stanley Kalmon Schlein
Residence Address:      481 King Avenue
                        Bronx, New York 10464
Phone:                  917.359.3186
Fax:                    347.281.5984

# ★ Democratic Party ★

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address (Also mailing address if different) |
|---|---|---|
| CARL E. HEASTIE | Member of the Assembly from the 83rd Assembly District New York State | 4064 Hull Avenue Bronx, New York 10466 |
| KEVIN RILEY | Male Assembly District Leader from the 83rd Assembly District Bronx County New York State | 3441 Ely Avenue Bronx, NY 10469 |
| SHIRLEY FEARON | Female Assembly District Leader from the 83rd Assembly District Bronx County New York State | 1028 East 218th Street Bronx, New York 10469 |
| JASON FAIDLEY | Male Member of the Democratic State Committee from the 83rd Assembly District Bronx County New York State | 312 Trenton Avenue Bronx, NY 10469 |
| NEVA M. SHILLINGFORD-KING | Female Member of the Democratic State Committee from the 83rd Assembly District Bronx County New York State | 952 East 218th Street Bronx, New York 10469 |
| CARL E. HEASTIE ANDY KINGS SHIRLEY FEARON JAMAAL J. BAILEY OLLA BARKEY KEVIN RILEY GEORGIANA LEWIS | Delegates to the 12th Judicial District Democratic Convention from the 83rd Assembly District Bronx County New York State | 4064 Hull Avenue, Bronx, NY 10466 942 East 218 Street, Bronx, NY 10469 1028 East 218 Street, Bronx, NY 10469 3315 Seymour Avenue, Bronx, NY 10469 3511 Barnes Avenue, Bronx, NY 10467 3441 Ely Avenue, Bronx, NY 10469 941 Walter Street, Bronx, NY 10469 |
| CECIL THRIE ANTHONY REID BARBARA GIBSON HAZEL BERRY EDWARD BROWNE LAURA RHOUAN PETRA SANTOS | Alternate Delegates to the 12th Judicial District Democratic Convention from the 83rd Assembly District Bronx County New York State | 1908 Barnes Avenue, Bronx, NY 10472 3550 Broad Street, Bronx, NY 10473 711 Magenta Street, Apt 3J Bronx NY 10467 752 East 217 Street, Bronx, NY 10467 757 East 217 Street, Bronx, NY 10467 3235 Seymour Avenue, Bronx, NY 10469 3510 Paulding Avenue, Bronx, NY 10469 |

Total Number of Volumes in Petition _____1_____

Identification Numbers      Bx 11000 406

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:                    Stanley Kalmon Schlein
Residence Address:       481 King Avenue
                         Bronx, New York 10464
Phone:                   917.359.3186
Fax:                     347.201.5984

 **Democratic Party** 

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address (Also mailing address if different) |
|---|---|---|
| CARMEN E. ARROYO | Member of the Assembly from the 84th Assembly District New York State | 563 Fox Street Bronx, New York 10455 |
| ISRAEL MARTINEZ | Male Assembly District Leader from the 84th Assembly District Bronx County New York State | 787 East 149th Street Bronx, NY 10455 |
| MARIA DEL CARMEN ARROYO | Female Assembly District Leader from the 84th Assembly District Bronx County New York State | 563 Fox Street Bronx NY 10455 |
| CARLOS M. SIERRA | Male Member of the Democratic State Committee from the 84th Assembly District Bronx County New York State | 9 East Clarke Place Bronx, NY 10452 |
| LINDA L. DUKE | Female Member of the Democratic State Committee from the 84th Assembly District Bronx County New York State | 205 Alexander Avenue Bronx, NY 10454 |
| MARIA DEL CARMEN ARROYO CARMEN E. ARROYO CARMEN AQUINO CARLOS SIERRA RAHNA M. GARDINA | Delegates to the 12th Judicial District Democratic Convention from the 84th Assembly District Bronx County New York State | 563 Fox Street, Bronx, NY 10455 563 Fox Street, Bronx, NY 10455 586 Southern Boulevard, Bronx, NY 10455 9 East Clarke Place, Bronx, NY 10452 486 Alexander Avenue, Bronx, NY 10454 |
| ROBERT BARNES MISRAEL MARTINEZ ALICE SIMMONS RICARDO ROSMEL LOVE BETANCOURT | Alternate Delegates to the 12th Judicial District Democratic Convention from the 84th Assembly District Bronx County New York State | 587 Tinton Avenue, Bronx, NY 10455 787 East 149th Street, Bronx, NY 10455 245 East 149th Street, Bronx, NY 10451 424 East 140th Street, Bronx, NY 10454 569 8279 Street, Bronx, NY 10455 |

Total Number of Volumes in Petition _____ 2

Identification Numbers _____ BX 1600422, 412

_____

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name: Stanley Kalmon Schlein
Residence Address: 481 King Avenue
Bronx, New York 10464

Phone: 917.359.3186
Fax: 347.281.3984

★   **Democratic Party**   ★

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address<br>(Also mailing address if different) |
|---|---|---|
| MARCOS A. CRESPO | Member of the Assembly<br>from the<br>85th Assembly District<br>New York State | 880 Boynton Avenue<br>Bronx, New York 10473 |
| MARCOS A. CRESPO | Male Assembly District Leader<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 880 Boynton Avenue<br>Bronx, New York 10473 |
| ANTONIA FIGUEROA | Female Assembly District Leader<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 1720 Lafayette Avenue<br>Bronx, NY 10473 |
| MATTHEW SHUFFLER | Male Member of the<br>Democratic State Committee<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 955 Underhill Avenue<br>Bronx, NY 10473 |
| NELLY MEDINA | Female Member of the<br>Democratic State Committee<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 710 Harding Park<br>Bronx, NY 10473 |
| MARCOS CRESPO<br>NELLY MEDINA<br>MICHAEL ROBLES<br>MIRIAM SANCHEZ<br>SARAH WYNN | Delegates to the<br>12th Judicial District<br>Democratic Convention<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 880 Boynton Avenue, Bronx, NY 10473<br>710 Harding Park, Bronx, NY 10473<br>5 Murphy Court, Bronx, NY 10473<br>1720 Story Avenue, Bronx, NY 10473<br>880 Boynton Avenue, Bronx, NY 10473 |
| HELEN REYES JACOME<br>MATTHEW SHUFFLER<br>DIDIONILDA VEGA<br>LEILA MARTINEZ<br>TAISHA ULTA | Alternate Delegates to the<br>12th Judicial District<br>Democratic Convention<br>from the<br>85th Assembly District<br>Bronx County<br>New York State | 450 Underhill Avenue, Bronx, NY 10473<br>955 Underhill Avenue, Bronx, NY 10473<br>815 Morrison Avenue, Bronx, NY 10473<br>916 Rev. James Polite Avenue, Bronx, NY 10459<br>1806 Lacombe Avenue, Bronx, NY 10473 |

Total Number of Volumes in Petition _____3_____

Identification Numbers   By 1600 415, 419, 410

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:   Stanley Kalmon Schlem
Residence Address:   481 King Avenue
Bronx, New York 10464
Phone:   917.359.3186
Fax:   347.281.5984

# Democratic Party

Designating Petition – Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address (Also mailing address if different) |
|---|---|---|
| VICTOR M. PICHARDO | Member of the Assembly from the 86th Assembly District New York State | 2686 Bailey Avenue Bronx, NY 10463 |
| TIMOTHY K. TAPIA | Male Assembly District Leader from the 86th Assembly District Bronx County New York State | 1747 Clay Avenue Bronx, NY 10457 |
| YUDELKA TAPIA | Female Assembly District Leader from the 86th Assembly District Bronx County New York State | 245 East 180th Street Bronx, NY 10457 |
| JOSE MOTA | Male Member of the Democratic State Committee from the 86th Assembly District Bronx County New York State | 2055 Anthony Avenue Bronx, NY 10457 |
| BERNICE F. WILLIAMS | Female Member of the Democratic State Committee from the 86th Assembly District Bronx County New York State | 1985 Webster Avenue Bronx, NY 10457 |
| MARIO ESPINAL JACIE DEPAULIS LUCIA SAPPLE MARIA MINAYAN SERVICE WILLIAMS | Delegates to the 12th Judicial District Democratic Convention from the 86th Assembly District Bronx County New York State | 2098 Morris Avenue, Bronx, NY 10453 1230 Andrews Avenue Bronx NY 10453 2474 Davidson Avenue, Bronx, NY 10458 2125 University Avenue Bronx, NY 10463 1985 Webster Avenue, Bronx, NY 10457 |
| PATRICIA JONES LETICIA HARPER VIRGILIO ZORRILLA DENIS VIRIANO MARIA FLORES | Alternate Delegates to the 12th Judicial District Democratic Convention from the 86th Assembly District Bronx County New York State | 1081 Grand Avenue, Bronx, NY 10453 2200 Walton Avenue, Bronx, NY 10453 2205 Ryer Avenue, Bronx, NY 10457 1895 Morris Avenue, Bronx, NY 10453 2336 Grand Avenue, Bronx, NY 10468 |

Total Number of Volumes in Petition     1

Identification Numbers     BY 16 00 399

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:     Stanley Kalmon Schlein
Residence Address:     481 King Avenue
    Bronx, New York 10464

Phone:     917.359.3186
Fax:     347 281 5984

★ **Democratic Party** ★

Designating Petition - Bronx County

| Name of Candidate | Public Office or Party Position | Residence Address<br>(Also, mailing address if different) |
|---|---|---|
| LUIS R SEPULVEDA | Member of the Assembly from the 87th Assembly District New York State | 1339 Beach Avenue Bronx, NY 10472 |
| LUIS R SEPULVEDA | Male Assembly District Leader from the 87th Assembly District Bronx County New York State | 1339 Beach Avenue Bronx, NY 10472 |
| JULIA RODRIGUEZ | Female Assembly District Leader from the 87th Assembly District Bronx County New York State | 2015 Bruckner Boulevard Bronx, New York 10472 |
| JULIAN SEPULVEDA | Male Member of the Democratic State Committee from the 87th Assembly District Bronx County New York State | 2155 Daly Avenue Bronx, NY 10460 |
| ROSEMARY ORDONEZ-JENKINS | Female Member of the Democratic State Committee from the 87th Assembly District Bronx County New York State | 1469 West Avenue Bronx, NY 10462 |
| JULIAN SEPULVEDA JULIA RODRIGUEZ ELIZABETH GARCIA NESSIE PANTON DAVID POWER IBRAHIM SHATARA | Delegates to the 12th Judicial District Democratic Convention from the 87th Assembly District Bronx County New York State | 2155 Daly Avenue, Bronx, NY 10460 2015 Bruckner Boulevard, Bronx, NY 10472 1971 Lurting Avenue, Bronx, NY 10460 1846 East 180th Street, Bronx, NY 10460 1715 Purdy Street, Bronx, NY 10462 2155 Daly Avenue, Bronx, NY 10460 |
| EVELYN WILSON VICTOR NEGRON SHAREEF AHMED ROSEMARY ORDONEZ-JENKINS JOSHUA CRESPO REXONA MUJUNDE | Alternate Delegates to the 12th Judicial District Democratic Convention from the 87th Assembly District Bronx County New York State | 22 Metropolitan Oval, Bronx, NY 10462 1408 Commonwealth Avenue, Bronx, NY 10472 1366 Metropolitan Avenue, Bronx, NY 10462 1469 West Avenue, Bronx, NY 10462 2215 Lafayette Avenue, Bronx, NY 10473 1950 Powell Avenue, Bronx, NY 10472 |

Total Number of Volumes in Petition _____ 3

Identification Numbers _____ BX 1600 400, 404, 405

The petition contains the number, or in excess of the number of valid signatures required by the Election Law.

Contact Person to Correct Deficiencies:
Name:                                          Stanley Kalmon Schlein
Residence Address:                             481 King Avenue
                                               Bronx, New York 10464
Phone:                                         917.359.3186
Fax:                                           347.281.5984