COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 1 | Rafael Salamanca | 1231 Vyse Avenue | 10459 | 2 | BX 16 00410 | 1 | 4 | √ |
|   | Jessenia Aponte | 1231 Vyse Avenue | 10459 |   | BX 16 00410 | " | " |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 2 | Leila Martinez | 916 Rev. James Polite Avenue | 10459 | 1 | BX 16 00410 | 5 | 8 | √ |
|   | Maria Martinez | 916 Rev. James Polite Avenue | 10459 |   | BX 16 " | " | " |   |
|   | Jesus Vazquez | 1262 Stratford Avenue | 10472 |   | BX 16 " | " | " |   |
|   | Frances Ceballo | 916 Rev. James Polite Avenue | 10459 |   | BX 16 " | " | " |   |
| 3 | Augustin Dinolis | 2013 Gildersleeve Avenue | 10473 | 1 | BX 16 00410 | 9 | 10 | √ |
|   | Johny De La Cruz | 643 Thieriot Avenue | 10473 |   | BX 16 " | " | " |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 4 | Ana Zurutuza | 350 Taylor Avenue | 10473 | 1 | BX 16 00410 | 11 | 14 | √ |
|   | Edwin Negron | 350 Taylor Avenue | 10473 |   | BX 16 " | " | " |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 5 |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 6 | Helen Reyes Jacome | 456 Underhill Avenue | 10473 | 1 | BX 16 00410 | 15 | 18 | √ |
| | Miguel Virvet | 467 Underhill Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 7 | Carmen Goytia | 1158 Colgate Avenue | 10472 | 1 | BX 16 00410 | 19 | 21 | √ |
| | Antigua Castillo | 1262 Stratford Avenue | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 8 | Omar Guero | 1321 Elder Avenue | 10472 | 1 | BX 16 00410 | 22 | 23 | √ |
| | Neny Medina | 710 Harding Park | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 9 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 10 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 11 | Jose M. Santana | 1208 Southern Boulevard | 10459 | 1 | BX 16 00410 | 24 | 25 | √ |
| | Minerva Medina | 950 Hoe Avenue | 10459 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 12 | Antonio Figueroa | 1720 Lafayette Avenue | 10473 | 1 | BX 16 00410 | 26 | 28 | √ |
| | Aurelio Figueroa | 1720 Lafayette Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 13 | Luigi Ramirez | 1010 Soundview Avenue | 10472 | 1 | BX 16 00415 | 1 | 2 | √ |
| | Angel Sanchez | 1790 Watson Avenue | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 14 | Ana E Ortiz | 911 Simpson Street | 10459 | 1 | BX 16 00410 | 29 | 29 | √ |
| | Tirson Ortiz | 911 Simpson Street | 10459 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 15 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 16 | Didion Ilda Vega | 825 Morrison Avenue | 10473 | 1 | BX 16 00415 | 3 | 4 | √ |
|  | Erica M. Diaz | 914 Simpson St | 10459 |  | BX 16 " - | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 17 | Flora Jimenez-Polanco | 1435 Harrod Avenue | 10472 | 1 | BX 16 00415 | 5 | 5 | √ |
|  | Mercedes Polanco | 1435 Harrod Avenue | 10472 |  | BX 16 " | " | " |  |
|  | Miguel Polanco | 1435 Harrod Avenue | 10472 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 18 |  |  |  |  | BX 16 |  |  | √ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 19 | James Graham | 1435 Harrod Avenue | 10472 | 1 | BX 16 00415 | 6 | 13 | √ |
|  | Sandra de Jesus | 854 Manida St. | 10472 |  | BX 16 " | " | " |  |
|  | Norma Saunders | 1435 Harrod Avenue | 10472 |  | BX 16 " | " | " |  |
|  | Flomira Teron | 1590 E. 172nd St. | 10473 |  | BX 16 " | " | " |  |
| 20 | Jimmy Coleman | 1101 Manor Avenue | 10472 | 1 | BX 16 00415 | 14 | 19 | √ |
|  | Taisha Guy | 1806 Lacombe Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Agustin Dinolis | 2013 Gildersleeve Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Rose Crespo | 236 Soundview Ave | 10473 |  | BX 16 " | " | " |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages from | Pages to | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 21 | Merani Rivera | 1204 Boynton Avenue | 10472 | 1 | BX 16 00415 | 20 | 22 | √ |
|  | Oliver Noel | 1215 Wheeler Avenue | 10472 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 22 | Loretta Masterson | 710 Noble Avenue | 10473 | 2 | BX 16 00415 | 23 | 25 | √ |
|  | Miriam Sanchez | 1770 Story Avenue | 10473 |  | BX 16 00419 | 5 | 6 |  |
|  | Regina Sanchez | 500 Soundview Ave | 10473 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 23 | Basilisa Feliciano | 549 Taylor Avenue | 10473 | 2 | BX 16 00415 | 26 | 29 | √ |
|  | Alex Crespo | 236 Soundview Avenue | 10473 |  | BX 16 00410 | 23 | 23 |  |
|  | Joyce Culler | 975 Simpson St | 10473 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 24 | Wayne Mercado | 1763 Seward Avenue | 10473 | 1 | BX 16 00415 | 30 | 31 | √ |
|  | Anthony Thomas | 1235 Boynton Avenue | 10472 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 25 |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 26 | David Shuffler<br>Deshawn Williams | 1222 Colgate Avenue<br>816 Manida St. | 10472<br>10474 | 1 | BX 16 00415<br>BX 16 "<br>BX 16<br>BX 16 | 32<br>" | 32<br>" | √ |
| 27 | Shirley Sanchez<br>Alison Bush<br>Mary McGee<br>Anthony Thompson | 1725 Randall Avenue<br>820 Theriot Avenue<br>1656 Seward Avenue<br>670 Seward Avenue | 10473<br>10473<br>10473<br>10473 | 1 | BX 16 00415<br>BX 16 "<br>BX 16 "<br>BX 16 " | 33<br>"<br>"<br>" | 34<br>"<br>"<br>" | √ |
| 28 | | | | | BX 16<br>BX 16<br>BX 16<br>BX 16 | | | √ |
| 29 | Felicita Alejandro<br>Juan Alejandro | 1787 Lacombe Avenue<br>1782 Lacombe Avenue | 10473<br>10473 | 1 | BX 16 00419<br>BX 16 "<br>BX 16<br>BX 16 | 7<br>" | 7<br>" | √ |
| 30 | | | | | BX 16<br>BX 16<br>BX 16<br>BX 16 | | | ☐ |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition From | To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 31 | Ana Guzman | 456 Underhill Avenue | 10473 | 2 | BX 16 00419 | 8 | 11 | √ |
|  | Pedro Ruiz | 750 Croes Avenue | 10473 |  | BX 16 00410 | 31 | 31 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 32 |  |  |  |  | BX 16 |  |  | ⊘ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 33 | Ana Reyes | 1710 Lafayette Avenue | 10473 | 1 | BX 16 00419 | 12 | 13 | √ |
|  | Eulalia Quintero | 916 Rev. James Polite Ave | 10459 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 34 | Raquel Olivieri | 930 Thieriot Avenue | 10473 | 1 | BX 16 00410 | 34 | 34 | √ |
|  | Eloise McDuffie | 880 Thieriot Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Dinorah Irizarry | 847 Underhill Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Rebecca Lopez | 820 Thieriot Avenue | 10473 |  | BX 16 " | " | " |  |
| 35 |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 36 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 37 | Rosa M. Torres | 1836 Watson Avenue | 10473 | 1 | BX 16 00415 | 35 | 38 | ☑ |
| | Antonio Mercado | 1005 Beach Avenue | 10473 | | BX 16 " | " | " | |
| | Virna L Creales | 850 Poynton Avenue | 10473 | | BX 16 " | " | " | |
| | Maria V. Molina | 880 Boynton Avenue | 10473 | | BX 16 " | " | " | |
| 38 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 39 | Jacqueline Kritchman | 1722 Lafayette Avenue | 10473 | 2 | BX 16 00415 | 39 | 40 | ☑ |
| | Tosha Iraldo | 850 Thienot Avenue | 10473 | | BX 16 00419 | 14 | 14 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 40 | Sifredo Rivera | 337 Leland Avenue | 10473 | 2 | BX 16 00415 | 41 | 43 | ☑ |
| | Luz Rivera | 337 Leland Avenue | 10473 | | BX 16 00419 | 15 | 15 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 41 | Elliot R. Santiago | 1085 Beach Avenue | 10472 | 1 | BX 16 00419 | 16 | 16 | √ |
|  | Carmen Maldonado Santos | 1455 Harrod Avenue | 10472 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 42 |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 43 | David Pellot | 1133 Morrison Avenue | 10472 | 1 | BX 16 00419 | 17 | 18 | √ |
|  | Mildred Pellot | 1133 Morrison Avenue | 10472 |  | BX 16 " | " | " |  |
|  | Carmen Morales | 1133 Morrison Avenue | 10472 |  | BX 16 " | " | " |  |
|  | Deric Dixon | 1265 Morrison Avenue | 10472 |  | BX 16 " | " | " |  |
| 44 | Dora Rivera | 213 Stephens Avenue | 10473 | 1 | BX 16 00415 | 44 | 46 | √ |
|  | Carmen Maldonado Santos | 1455 Harrod Avenue | 10472 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 45 | Michael Robles | 934 Wheeler Avenue | 10473 | 1 | BX 16 00415 | 47 | 47 | √ |
|  | Sharon Fernandez | 525 Boynton Avenue | 10473 |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition ||  If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 46 | Ruby Stephens | 1210 Boynton Ave | 10472 | 2 | BX 16 00415 | 48 | 51 | √ |
| | Lorine Dixon | 1591 Bruckner Ave | 10472 | | BX 16 00419 | 19 | 19 | |
| | Louise Hobbs | 1591 Bruckner Ave | 10472 | | BX 16 " " | " | " | |
| | Lois Colon | 1569 Bruckner Ave | 10472 | | BX 16 " | " | " | |
| 47 | Brian Jacome | 456 Underhill Ave | 10473 | 2 | BX 16 00415 | 52 | 54 | √ |
| | Marcos A. Crespo | 880 Boynton Ave | 10473 | | BX 16 00419 | 20 | 21 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 48 | Charlie Samboy | 940 Tiffany Street | 10459 | 1 | BX 16 00415 | 55 | 59 | √ |
| | Matthew Shuffler | 1222 Colgate Ave | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 49 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 50 | Wayne Jones | 1057 Boynton Ave | 10472 | 1 | BX 16 00415 | 60 | 64 | √ |
| | Charlene Price | 875 Morrison Ave | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 51 | | | | | BX 16 | | | |
| | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 52 | Clarissa Velazquez | 1290 Lafayette Ave | 10474 | 2 | BX 16 00415 | 65 | 65 | |
| | Altagracia Cruz | 923 Simpson St. | 10459 | | BX 16 00419 | 22 | 22 | ✓ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 53 | Glendalys Salgado | 1116 Hoe Ave | 10459 | 2 | BX 16 00415 | 66 | 64 | |
| | Nicholas Himidian | 880 Colgate Ave | 10473 | | BX 16 00419 | 23 | 23 | ✓ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 54 | Palmira Carrasquillo | 577 Underhill Ave | 10473 | 2 | BX 16 00415 | 70 | 73 | |
| | Onelis Ramirez | 1010 Soundview Ave | 10472 | | BX 16 00419 | 24 | 24 | ✓ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 55 | Lutinda Hinds | 1048 Ward Ave | 10472 | 2 | BX 16 00415 | 74 | 74 | |
| | Ricardo Benitez | 1048 Ward Ave | 10472 | | BX 16 00419 | 25 | 27 | ✓ |
| | Kenyatta Foster | 1166 Manor Ave | 10472 | | BX 16 " | " | " | |
| | Mabel Gonzalez | 1102 Longfellow Ave | 10459 | | BX 16 " | " | " | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 56 | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 57 | William Marrero | 955 East 163 St. | 10459 | 2 | BX 16 00415 | 75 | 78 | ☑ |
| | Lidda Marrero | 955 East 163 St. | 10459 | | BX 16 00419 | 25 | 25 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 58 | Damon Marrow | 875 Morrison Ave | 10473 | 1 | BX 16 00415 | 79 | 82 | ☑ |
| | Cheryl Marrow | 875 Morrison Ave | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 59 | Pura Salomon | 422 Underhill Ave | 10473 | 1 | BX 16 00415 | 83 | 83 | ☑ |
| | Elizette Benitz | 1824 Watson Ave | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 60 | Yvonne Guillen | 920 Westchester Avenue | 10459 | 1 | BX 16 00410 | 33 | 37 | ☑ |
| | Nereyda Ramirez | 1010 Soundview Avenue | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (✓). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 61 | Anastacia Jacome | 456 Underhill Ave | 10473 | 2 | BX 16 00415 | 84 | 84 | ✓ |
| | James Torrain | 1785 Story Ave | 10473 | | BX 16 00419 | 29 | 30 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 62 | Migdalia Cordero | 1320 Stratford Avenue | 10472 | 1 | BX 16 00419 | 31 | 34 | ✓ |
| | Deborah Norfleet | 422 Underhill Avenue | 10473 | | BX 16 " | " | " | |
| | Mabel Persaud | 886 Boynton Avenue | 10473 | | BX 16 " | " | " | |
| | Stephanie Pryor | 975 Morrison Avenue | 10473 | | BX 16 " | " | " | |
| 63 | Barbara Moye Staten | 166 Heron Lane | 10473 | 2 | BX 16 00415 | 85 | 85 | ✓ |
| | Nellie Santiago | 193 Surf Drive | 10473 | | BX 16 00419 | 35 | 38 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 64 | Roxanne Rodriguez | 229 Pugsley Avenue | 10472 | 1 | BX 16 00419 | 39 | 43 | ✓ |
| | Janae Shields | 950 Evergreen Avenue | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 65 | Janell Jones | 1057 Boynton Avenue | 10472 | 1 | BX 16 00419 | 44 | 48 | ✓ |
| | Rafael Gonzalez | 629 Taylor Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (✓) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 85th ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 66 | Ramona Gonzez | 629 Taylor Avenue | 10473 | 1 | BX 16 00419 | 49 | 52 | √ |
|  | Madames Revilla | 920 Metcalf Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Claudette P. Telfair | 1240 Morrison Avenue | 10473 |  | BX 16 " | " | " |  |
|  | Anne Johnson | 525 Rosedale Avenue | 10473 |  | BX 16 " | " | " |  |
| 67 | Angelique Aponte Chevere | 105 Admiral Lane | 10473 | 1 | BX 16 00419 | 53 | 56 | √ |
|  | Juan Negron | 410 Harding Park | 10473 |  | BX 16 " | " | " |  |
|  | Maria Negron | 410 Harding Park | 10473 |  | BX 16 " | " | " |  |
|  | Arcelis Ortiz | 541 Rosedale Avenue | 10473 |  | BX 16 " | " | " |  |
| 68 | Yadira Salazar | 945 Underhill Ave | 10473 | 2 | BX 16 00415 | 87 | 89 | √ |
|  | Ahdioned Martinez | 334 Taylor Ave | 10473 |  | BX 16 00419 | 57 | 57 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 69 | Monique J. Henry | 837 Longfellow Avenue |  | 1 | BX 16 00419 | 58 | 62 | √ |
|  | Dana Stamoulis | 1340 Stratford Avenue |  |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 70 | Linda Lee Hill | 820 Theriot Avenue |  | 1 | BX 16 00419 | 63 | 66 | √ |
|  | Jamelly Melina | 1158 Boynton Avenue |  |  | BX 16 " | " | " |  |
|  | Derick Philip | 1240 Morrison Avenue |  |  | BX 16 " | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.