**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition — From | Pages — To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 1 | Valerie DeGraffe | 1770 Andrews Ave. | 10453 | 1 | BX 16 00399 | 01 | 03 | √ |
|   | Denis Liriano | 1895 Morris Ave. | 10453 |   | BX 16 00399 | 01 | 03 |   |
|   | Luz Peralta | 15 North St. | 10453 |   | BX 16 00399 | 01 | 03 |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |
| 2 | Milagros Espinal | 2050 Anthony Ave. | 10457 | 1 | BX 16 00399 | 04 | 06 | √ |
|   | Oscar Javier | 245 E. 180 St. | 10453 |   | BX 16 00399 | 04 | 06 |   |
|   | Joann Rivera-Baker | 2420 Morris Ave. | 10468 |   | BX 16 00399 | 04 | 06 |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |
| 3 | Johanna Del Rosario | 1895 Morris Ave. | 10453 | 1 | BX 16 00399 | 07 | 10 | √ |
|   | Johnny del Rosario | 1895 Morris Ave. | 10453 |   | BX 16 00399 | 07 | 10 |   |
|   | Donald Hodge | 1865 University Ave. | 10453 |   | BX 16 00399 | 07 | 10 |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |
| 4 | Martha Rivas | 1925 Harrison Ave. | 10453 | 1 | BX 16 00399 | 11 | 13 |   |
|   | Annette Rose | 1925 Harrison Ave. | 10453 |   | BX 16 00399 | 11 | 11 |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |
| 5 | Johann Tapia | 245 E. 180 St. | 10457 | 1 | BX 16 00399 | 14 | 15 | √ |
|   | Ingrid Perez | 245 E. 180 St. | 10457 |   | BX 16 00399 | 14 | 15 |   |
|   | Sabrina Sanchez | 2401 Davidson Ave. | 10468 |   | BX 16 00399 | 14 | 15 |   |
|   |   |   |   |   | BX 16 00399 |   |   |   |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 6 | Alejandra De Jesus | 31 W. Tremont Ave. | 10453 | 1 | BX 16 00399 | 16 | 17 | ✓ |
| | Jacie Depaulis | 2230 Andrews Ave. | 10453 | | BX 16 00399 | 16 | 17 | |
| | Leticia Harper | 2200 Walton Ave. | 10453 | | BX 16 00399 | 16 | 17 | |
| | | | | | BX 16 00399 | | | |
| 7 | Antonia Rodriguez | 1939 Grand Concourse | 10453 | 1 | BX 16 00399 | 18 | 21 | ✓ |
| | Matilde Felix | 2021 Davidson Ave | 10453 | | BX 16 00399 | 18 | 21 | |
| | Zibelia Tapia | 245 E. 180 St. | 10457 | | BX 16 00399 | 18 | 21 | |
| | | | | | BX 16 00399 | | | |
| 8 | Maria Flores | 2075 Walton Ave. | 10453 | 1 | BX 16 00399 | 22 | 26 | ✓ |
| | Valerie Turner | 2065 Morris Ave. | 10453 | | BX 16 00399 | 22 | 26 | |
| | Maritza Gonzalez | 1878 Harrison Ave. | 10453 | | BX 16 00399 | 22 | 26 | |
| | | | | | BX 16 00399 | | | |
| 9 | Yolanda Morillo | 2305 University Ave. | 10468 | 1 | BX 16 00399 | 27 | 31 | ✓ |
| | Rosendo Berbere | 2444 Valentine Ave | 10458 | | BX 16 00399 | 27 | 31 | |
| | Madelin Echavarria | 86 W. 179 St. | 10453 | | BX 16 00399 | 27 | 31 | |
| | | | | | BX 16 00399 | | | |
| 10 | Tessa Abrams | 2137 Grand Ave. | 10453 | 1 | BX 16 00399 | 32 | 36 | ✓ |
| | Mercedes Velez | 1950 Andrews Ave. | 10457 | | BX 16 00399 | 32 | 36 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 11 | Patricia Jones | 2081 Grand Ave. | 10453 | 1 | BX 16 00399 | 37 | 39 | √ |
| | Marjorie Vanhook | 2081 Grand Ave. | 10453 | | BX 16 00399 | 37 | 39 | |
| | Antonio Mejia | 223 E. 179 St. | 10453 | | BX 16 00399 | 37 | 39 | |
| | | | | | BX 16 00399 | | | |
| 12 | Jacie Depaulis | 2230 Andrews Ave. | 10453 | 1 | BX 16 00399 | 40 | 43 | √ |
| | John Paul Schroeder | 2230 Andrews Ave. | 10453 | | BX 16 00399 | 40 | 43 | |
| | Wilfred Depaulis | 2230 Andrews Ave. | 10453 | | BX 16 00399 | 40 | 43 | |
| | | | | | BX 16 00399 | | | |
| 13 | Elizabeth Figueroa | 114 W. 183 St. | 10468 | 1 | BX 16 00399 | 44 | 48 | √ |
| | Rene Goff | 2001 Dr. ML King Blvd | 10453 | | BX 16 00399 | 44 | 48 | |
| | Judith-Anne Sadler-Bryan | 1988 Davidson Ave. | 10453 | | BX 16 00399 | 44 | 48 | |
| | | | | | BX 16 00399 | | | |
| 14 | Samanta Kwok | 2290 Davidson Ave. | 10453 | 1 | BX 16 00399 | 49 | 52 | √ |
| | Maria Minaya | 2325 University Ave. | 10453 | | BX 16 00399 | 49 | 52 | |
| | Gloria Lopez | 2280 Grand Ave. | 10468 | | BX 16 00399 | 49 | 52 | |
| | | | | | BX 16 00399 | | | |
| 15 | Marvin Heard | 15 Evelyn Pl. | 10453 | 1 | BX 16 00399 | 53 | 54 | √ |
| | Ruby James | 2326 Walton Ave. | 10453 | | BX 16 00399 | 53 | 54 | |
| | Gerardo Torres | 2324 Grand Ave. | 10468 | | BX 16 00399 | 53 | 54 | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 16 | Barbette Mitchell | 2334 Tiebout Ave. | 10457 | 1 | BX 16 00399 | 55 | 59 | √ |
|  | Leonidas Garcia | 2349 Walton Ave. | 10468 |  | BX 16 00399 | 55 | 59 |  |
|  | Nathaniel Williams | 2385 Grand Ave. | 10468 |  | BX 16 00399 | 55 | 59 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 17 | Virgilia Perez | 2090 Grand Concourse | 10457 | 1 | BX 16 00399 | 60 | 62 | √ |
|  | Melissa Aquino | 2325 University Ave. | 10468 |  | BX 16 00399 | 60 | 62 |  |
|  | Linda Seward | 1777 Grand Concourse | 10453 |  | BX 16 00399 | 60 | 62 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 18 | Jose Taveras | 4615 Park Ave. | 10458 | 1 | BX 16 00399 | 63 | 67 | √ |
|  | Emeke Eneke | 1895 Andrews Ave. | 10453 |  | BX 16 00399 | 63 | 67 |  |
|  | Willie Simpson | 1881 Morris Ave. | 10457 |  | BX 16 00399 | 63 | 67 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 19 | Bianca Castro | 2430 Morris Ave. | 10468 | 1 | BX 16 00399 | 68 | 70 | √ |
|  | Isabel Aquino | 2325 University Ave. | 10468 |  | BX 16 00399 | 68 | 70 |  |
|  | Luisa Martina | 2120 Tiebout Ave. | 10457 |  | BX 16 00399 | 68 | 70 |  |
|  | Linda Pedrosa | 2430 Morris Ave. | 10468 |  | BX 16 00399 | 68 | 70 |  |
| 20 | Patricia Marrero | 2686 Bailey Ave. | 10463 | 1 | BX 16 00399 | 71 | 73 | √ |
|  | Victor Pichardo | 2686 Bailey Ave. | 10463 |  | BX 16 00399 | 71 | 73 |  |
|  | Isamari Puello | 2698 Bailey Ave. | 10463 |  | BX 16 00399 | 71 | 73 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (✓). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 21 | Firgia De Los Santos | 2005 Davidson Ave. | 10453 | 1 | BX 16 00399 | 74 | 77 | ✓ |
| | Julio Cardi | 127 W. 183 St. | 10453 | | BX 16 00399 | 74 | 77 | |
| | | | | | BX 16 00399 | — | | |
| | | | | | BX 16 00399 | | | |
| 22 | Claribel Burgos | 50 Buchanan Pl. | 10453 | 1 | BX 16 00399 | 78 | 81 | ✓ |
| | Ramon Mendosa | 10 W. 182 St. | 10453 | | BX 16 00399 | 78 | 81 | |
| | Linda Dennis | 2400 Davidson Ave. | 10468 | | BX 16 00399 | 78 | 81 | |
| | | | | | BX 16 00399 | | | |
| 23 | Lourdes Anico | 261 E. Burnside Ave. | 10457 | 1 | BX 16 00399 | 82 | 83 | ✓ |
| | Patricia Jewett | 1890 Andrews Ave. | 10453 | | BX 16 00399 | 82 | 83 | |
| | Medory Jewett | 1890 Andrews Ave. | 10453 | | BX 16 00399 | 82 | 83 | |
| | | | | | BX 16 00399 | | | |
| 24 | Brunilda Martinez | 2060 Anthony Ave. | 10457 | 1 | BX 16 00399 | 84 | 86 | ✓ |
| | Laura Rios | 2255 Morris Ave. | 10457 | | BX 16 00399 | 84 | 86 | |
| | Agustin Florentino | 2382 Webster Ave. | 10457 | | BX 16 00399 | 84 | 86 | |
| | | | | | BX 16 00399 | | | |
| 25 | Frances Hughes | 2249 Morris Ave. | 10453 | 1 | BX 16 00399 | 87 | 89 | ✓ |
| | Johnny Malave | 2270 Walton Ave. | 10453 | | BX 16 00399 | 87 | 89 | |
| | Andred Vasquez | 38 W. 182 St. | 10453 | | BX 16 00399 | 87 | 89 | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (✓) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 26 | Donita Washington | 2460 Davidson Ave. | 10468 | 1 | BX 16 00399 | 90 | 92 | √ |
|  | Madelin Echevarria | 86 W. 179 St. | 10457 |  | BX 16 00399 | 90 | 92 |  |
|  | ~~Leticia Harper~~ | ~~2200 Walton Ave.~~ | 10453 |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 27 | Mabel DeJesus | 2121 Grand Concourse | 10453 | 1 | BX 16 00399 | 93 | 94 | √ |
|  | Eugene Combs | 2249 Morris Ave. | 10453 |  | BX 16 00399 | 93 | 94 |  |
|  | Madeline Figueroa | 2281 University Ave. | 10468 |  | BX 16 00399 | 93 | 94 |  |
|  | Sylvia Reed | 111 Mt. Hope Pl. | 10457 |  | BX 16 00399 | 93 | 94 |  |
| 28 | Agustin Jaquez | 2060 Grand Concourse | 10457 | 1 | BX 16 00399 | 95 | 99 | √ |
|  | Jorge Javier | 245 E. 180 St. | 10457 |  | BX 16 00399 | 95 | 99 |  |
|  | Loddy Soler | 2050 Anthony Ave. | 10457 |  | BX 16 00399 | 95 | 99 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 29 | Mario Pena | 2038 Morris Ave. | 10453 | 1 | BX 16 00399 | 100 | 102 | √ |
|  | Didi Parks | 2414 Creston Ave. | 10468 |  | BX 16 00399 | 100 | 102 |  |
|  | Marisol Rivera | 2281 University Ave. | 10468 |  | BX 16 00399 | 100 | 102 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 30 | Esther Smith | 15 Evelyn Pl | 10468 | 1 | BX 16 00399 | 103 | 104 | √ |
|  | Elizabeth Goris | 2205 Creston Ave. | 10468 |  | BX 16 00399 | 103 | 104 |  |
|  | Alejandro Garcia | 2467 Valentine Ave. | 10458 |  | BX 16 00399 | 103 | 104 |  |
|  | Luisa Martinez | 1890 Tiebout Ave. | 10457 |  | BX 16 00399 | 103 | 104 |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 31 | Antonia Rodriguez | 1939 Grand Concourse | 10453 | 1 | BX 16 00399 | 105 | 107 | ✓ |
|  | Mario Brito | 127 W. 183 St. | 10453 |  | BX 16 00399 | 105 | 107 |  |
|  | Israel Ortega | 230 E. 179 St. | 10453 |  | BX 16 00399 | 105 | 107 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 32 | Joseph Quezada | 150 W. 179 St. | 10453 | 1 | BX 16 00399 | 108 | 109 | ✓ |
|  | Tijuana Wilkson | 2330 Ryer Ave | 10458 |  | BX 16 00399 | 108 | 109 |  |
|  | Crescencio Bulnes | 123 W. 183 St. | 10453 |  | BX 16 00399 | 108 | 109 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 33 | Shonda Showers | 1870 Morris Ave. | 10453 | 1 | BX 16 00399 | 110 | 111 | ✓ |
|  | Samuel Minaya | 2325 University Ave. | 10468 |  | BX 16 00399 | 110 | 111 |  |
|  | Candy Carrasquillo | 365 E. 183 St. | 10458 |  | BX 16 00399 | 110 | 111 |  |
|  | Juan Martinez | 1980 University Ave. | 10453 |  | BX 16 00399 |  |  |  |
| 34 | Martha Clanton | 463 E. 178 St. | 10457 | 1 | BX 16 00399 | 112 | 114 | ✓ |
|  | Silvia Reid | 111 Mt. Hope Pl. | 10453 |  | BX 16 00399 | 112 | 114 |  |
|  | Rafael Gomez | 127 W. 183 St. | 10453 |  | BX 16 00399 | 112 | 114 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 35 | Luisa Sanchez | 2385 Grand Ave. | 10468 | 1 | BX 16 00399 | 115 | 117 | ✓ |
|  | Patricia Nedd | 365 E. 183 St. | 10468 |  | BX 16 00399 | 115 | 117 |  |
|  | Lisa Brown | 217 E. 182 St. | 10457 |  | BX 16 00399 | 115 | 117 |  |
|  | Freida Johnson | 2000 Valentine Ave | 10457 |  | BX 16 00399 | 115 | 117 |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 36 | Brunilda Rosado | 273 E. 176 St. | 10457 | 1 | BX 16 00399 | 118 | 120 | ✓ |
| | Baffour Boasiako | 1880 Valentine Ave. | 10457 | | BX 16 00399 | 118 | 120 | |
| | Lorenzo Bencosme | 2270 Walton Ave. | 10453 | | BX 16 00399 | 118 | 120 | |
| | Wanda Shipman | 2000 Valentine Ave | 10457 | | BX 16 00399 | 118 | 120 | |
| 37 | Pamela Parker | 240 E. 175 St. | 10457 | 1 | BX 16 00399 | 121 | 123 | ✓ |
| | Debra Manaingult | 2269 Hampden Pl. | 10468 | | BX 16 00399 | 121 | 123 | |
| | Brunilda Rosado | 273 E 176th St | 10457 | | BX 16 00399 | 121 | 123 | |
| | | | | | BX 16 00399 | | | |
| 38 | Sandra Ayuso | 1775 Clay Ave. | 10457 | 1 | BX 16 00399 | 124 | 125 | ✓ |
| | Timothy Tapia | 1747 Clay Ave. | 10457 | | BX 16 00399 | 124 | 125 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 39 | Jetsenia Silfa | 1775 Clay Ave. | 10457 | 1 | BX 16 00399 | 126 | 129 | ✓ |
| | Julia Maldonado | 102 W. 183 St. | 10458 | | BX 16 00399 | 126 | 129 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 40 | Carolyn Green | 1711 Morris Ave. | 10457 | 1 | BX 16 00399 | 130 | 132 | ✓ |
| | Veronica McKenzie | 2170 Dr. ML King Blvd. | 10453 | | BX 16 00399 | 130 | 132 | |
| | Reynaldo Pena | 2253 University Ave. | 10453 | | BX 16 00399 | 130 | 132 | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 41 | Anthony Patton<br>Juana Liriano | 1880 Valentine Ave.<br>1895 Morris Ave. | 10457<br>10453 | 1 | BX 16 00399<br>BX 16 00399<br>BX 16 00399<br>BX 16 00399 | 133<br>133 | 135<br>135 | ✓ |
| 42 | ~~Maria Lopez~~ | ~~245 E. 178 St.~~ | ~~10457~~ | | BX 16 00399<br>BX 16 00399<br>BX 16 00399<br>BX 16 00399 | | | ☐ |
| 43 | Evelyn Cintron<br>Paulette Roberts | 1771 Monroe Ave.<br>150 W. Burnside Ave. | 10457<br>10453 | 1 | BX 16 00399<br>BX 16 00399<br>BX 16 00399<br>BX 16 00399 | 136<br>136 | 136<br>136 | ✓ |
| 44 | Lozaida DeJesus<br>Kevin Andrews | 2121 Grand Concourse<br>1660 Monroe Ave. | 10453<br>10453 | 1 | BX 16 00399<br>BX 16 00399<br>BX 16 00399<br>BX 16 00399 | 137<br>137 | 140<br>140 | ✓ |
| 45 | Claudia Brewster | 1895 Morris Ave. | 10453 | 1 | BX 16 00399<br>BX 16 00399<br>BX 16 00399<br>BX 16 00399 | 141 | 143 | ✓ |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 46 | Julio Velez | 2450 Creston Ave | 10468 | 1 | BX 16 00399 | 144 | 145 | ✓ |
|  | Janet Vega | 2450 Creston Ave | 10468 |  | BX 16 00399 | 144 | 145 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 49 | Nydia Robledo | 2450 Creston Ave | 10468 | 1 | BX 16 00399 | 151 | 153 | ✓ |
|  | Josefina Solis | 2450 Creston Ave | 10468 |  | BX 16 00399 | 151 | 153 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  | ☐ |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (✓). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 47 | Bernice Williams | 1985 Webster Ave. | 10457 | 1 | BX 16 00399 | 146 | 150 | ✓ |
| | Brenda Brown | 1846 Anthony Ave. | 10457 | | BX 16 00399 | 146 | 150 | |
| | Anthony Pleasant | 1985 Webster Ave. | 10457 | | BX 16 00399 | 146 | 150 | |
| | | | | | BX 16 00399 | | | |
| 50 | Luisa Mirallez | 2120 Tiebout Ave. | 10457 | 1 | BX 16 00399 | 154 | 157 | ✓ |
| | Alexandra Robles | 333 E 181st St | 10457 | | BX 16 00399 | 154 | 157 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 51 | Janet House | 2334 Tiebout Ave. | 10458 | 1 | BX 16 00399 | 158 | 161 | ✓ |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 52 | Delores Dupree | 2175 Ryer Ave. | 10457 | 1 | BX 16 00399 | 162 | 166 | ✓ |
| | Lavonne Willis | 2186 Grand Concourse | 10457 | | BX 16 00399 | 162 | 166 | |
| | Deshawn Martin | 2120 Tiebout Ave. | 10457 | | BX 16 00399 | 162 | 166 | |
| | | | | | BX 16 00399 | | | |
| 53 | Migdalia Cosme | 365 E. 183 St. | 10458 | 1 | BX 16 00399 | 167 | 170 | ✓ |
| | Gloria Richardson | 365 E. 183 St. | 10458 | | BX 16 00399 | 167 | 170 | |
| | Ruby Page | 365 E. 183 St. | 10458 | | BX 16 00399 | 167 | 170 | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (✓) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 54 | Aisha Bamba | 2372 Webster Ave. | 10458 | 1 | BX 16 00399 | 171 | 175 | ✓ |
| | Virgilio Zorrilla | 2205 Ryer Ave. | 10458 | | BX 16 00399 | 171 | 175 | |
| | Isabel Matias | 551 E. 181 St. | 10458 | | BX 16 00399 | 171 | 175 | |
| | | | | | BX 16 00399 | | | |
| 55 | Niya Mitchels | 2347 Tiebout Ave. | 10457 | 1 | BX 16 00399 | 176 | 180 | ✓ |
| | Dimitri Smith | 2317 Tiebout Ave. | 10458 | | BX 16 00399 | 176 | 180 | |
| | Jennifer Condell | 2317 Tiebout Ave. | 10458 | | BX 16 00399 | 176 | 180 | |
| | | | | | BX 16 00399 | | | |
| 56 | Ivan Carrion | 2425 Valentine Ave. | 10458 | 1 | BX 16 00399 | 181 | 185 | ✓ |
| | Claudia Carrion | 2425 Valentine Ave. | 10458 | | BX 16 00399 | 181 | 185 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 57 | Yolanda Cisnero | 306 E. 176 St. | 10457 | 1 | BX 16 00399 | 186 | 187 | ✓ |
| | Geneva Wilson | 2283 Tiebout Ave. | 10457 | | BX 16 00399 | 186 | 187 | |
| | Domingo Alvarado | 95 W. 183 St. | 10453 | | BX 16 00399 | 186 | 187 | |
| | | | | | BX 16 00399 | | | |
| 58 | Maia Yeboah | 2350 Valentine Ave. | 10458 | 1 | BX 16 00399 | 188 | 191 | ✓ |
| | Luis E. Martinez | 175 Field Pl. | 10468 | | BX 16 00399 | 188 | 191 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√) |
|---|---|---|---|---|---|---|---|---|
| 59 | Avis Pleasant | 1985 Webster Ave. | 10457 | 1 | BX 16 00399 | 192 | 194 | ✓ |
|  | Raymond Kenney | 163 E. 184 St. | 10468 |  | BX 16 00399 | 192 | 194 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 60 | Gil W. Simmons | 558 E. 181 St. | 10457 | 1 | BX 16 00399 | 195 | 195 | ✓ |
|  | Sheila Simmons | 558 E. 181 St. | 10457 |  | BX 16 00399 | 195 | 195 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 61 | ~~Timothy Tapia~~ | ~~1717 Clay Ave.~~ | ~~10457~~ |  | BX 16 00399 |  |  | ☐ |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 62 | Ivanna Henriquez | 245 E. 180 St. | 10457 | 1 | BX 16 00399 | 196 | 199 | ✓ |
|  | Belkis Acosta | 245 E. 180 St. | 10457 |  | BX 16 00399 | 196 | 199 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
| 63 | Amber Morales | 1920 Walton Ave. | 10453 | 1 | BX 16 00399 | 200 | 202 | ✓ |
|  |  |  |  |  | BX 16 00399 | 200 | 202 |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |
|  |  |  |  |  | BX 16 00399 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

<mark>

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 86 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 64 | Yudelka Tapia | 245 E. 180 St. | 10457 | 1 | BX 16 00399 | 203 | 205 | ✓ |
| | Maribel Perez | 245 E. 180 St. | 10457 | | BX 16 00399 | 203 | 205 | |
| | | | | | BX 16 00399 | | | |
| | | | | | BX 16 00399 | | | |
| 65 | Miriam Navarro | 181 W. Tremont Ave | 10457 | 1 | BX 16 00399 | 206 | 207 | ✓ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 66 | Olga Estrella | 245 E. 180 St. | 10457 | 1 | BX 16 00399 | 208 | 209 | ✓ |
| | Elbia Pena | 245 E. 180 St. | 10457 | | BX 16 00399 | 208 | 209 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 67 | Julia Ozuna | 245 E. 180 St. | 10457 | 1 | BX 16 00399 | 210 | 212 | ✓ |
| | Julio Estrella | 245 E. 180 St. | 10457 | | BX 16 00399 | 210 | 212 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | ☐ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Stanley K. Schlein, 481 King Avenue, Bronx, NY 10464.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.