Case 1:16-cv-06448-PKC-VMS Document 19-20 Filed 08/25/16 Page 1 of 19

COVER SHEET FOR DEMOCRATIC PARTY DESIGNATING PETITION - BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 1 | Jasmine Corniel | 1937 Vyse Avenue | 10460 | 1 | BX 16 00404 | 1 | 2 | √ |
| | Shirley Harrison | 580 Castle Hill Avenue | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 2 | Ana Gonzalez | 2105-11 Daly Avenue | 10460 | 1 | BX 16 00404 | 3 | 5 | √ |
| | Billy Guzman | 2105-11 Daly Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 3 | Anselmo Ballantine | 2150 Crotona Parkway | 10460 | 1 | BX 16 00400 | 1 | 3 | √ |
| | Julian Sepulveda | 2155 Daly Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 4 | Hazel Williams | 2132 Daly Avenue | 10460 | 1 | BX 16 00400 | 4 | 7 | |
| | Ivette Montalvo | 2155 Daly Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 5 | Edward Bird | 961 East 180 Street | 10460 | 1 | BX 16 00400 | 8 | 10 | √ |
| | Virginia Bird | 961 East 180 Street | 10460 | | BX 16 | " | " | |
| | Sadie Tracey | 1016 Bronx Park South | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |

[Stamp: RECEIVED 2016 JUL 11 P 1:27 BOARD OF ELECTIONS IN THE CITY OF NEW YORK 32 BROADWAY]

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET FOR DEMOCRATIC PARTY DESIGNATING PETITION ★ BRONX COUNTY**
**FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK**

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 6 | Ibrahim Shatara | 2155 Daly Avenue | 10460 | 2 | BX 16 00404 | 6 | 8 | √ |
|   | Candace Watson | 997 E. 179th Street | 10460 |   | BX 16 00400 | 11 | 11 |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 7 | Yvonne L. Rodriguez | 2081 Vyse Avenue | 10460 | 1 | BX 16 00404 | 9 | 11 | √ |
|   | Judith McCray | 997 E. 179th Street | 10460 |   | BX 16 | " | " |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 8 | Sandra Carter | 1026 East 180 Street | 10460 | 1 | BX 16 00400 | 12 | 13 | √ |
|   | Jilma M. Ordonez | 994 E. 180th Street | 10460 |   | BX 16 | " | " |   |
|   |   |   |   |   | BX 16 |   |   |   |
|   |   |   |   |   | BX 16 |   |   |   |
| 9 | Helene Jones | 6 West Farms Square Plaza | 10460 | 1 | BX 16 00400 | 14 | 16 | √ |
|   | Anita M. Gibson | 2075 Boston Rd. | 10460 |   | BX 16 | " | " |   |
|   | Anthony Diggs | 2226 Manning Street | 10462 |   | BX 16 | " | " |   |
|   | Raquel Rivera | 1 West Farms Square Plaza | 10460 |   | BX 16 | " | " |   |
| 10 | Maritza Martinez | 1005 E. 179 Street | 10460 | 2 | BX 16 00404 | 12 | 17 | √ |
|   | Melissa Martinez | 1005 E. 179 Street | 10460 |   | BX 16 00400 | 17 | 21 |   |
|   | Juanita Lusane | 997 E. 179th Street | 10460 |   | BX 16 | " | " |   |
|   | Melba Navarro | 1339 Beach Avenue | 10472 |   | BX 16 | " | " |   |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET - DEMOCRATIC PARTY - DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 11 | Maria Santiago | 975 E. Tremont Avenue | 10460 | 1 | BX 16 00405 | 1 | 1 | √ |
| | Hilda Algarin | 1439 Wood Road | 10462 | | BX 16 | " | " | |
| | Magdalena Vega | 921 East 180 Street | 10472 | | BX 16 | " | " | |
| | Ava Saha | 1410 Parkchester Avenue | 10472 | | BX 16 | " | " | |
| 12 | Alfredo Valentine | 1967 Ellis Avenue | 10472 | 1 | BX 16 00404 | 18 | 18 | √ |
| | Shraful Haque | 1525 Unionport Road | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 13 | Lisa Brown | 1610 Metropolitan Avenue | 10462 | 1 | BX 16 00404 | 19 | 22 | √ |
| | Isaac Tisdale | 1970 East Tremont Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 14 | Maggie Jones | 2226 Manning Street | 10462 | 1 | BX 16 00400 | 22 | 25 | √ |
| | Dennis Miller | 1973 Gleason Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 15 | Nessie Panton | 1048 East 180 Street | 10460 | 1 | BX 16 00400 | 26 | 26 | √ |
| | Shirley Johnson | 1075 E. 179th Street | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET & DEMOCRATIC PARTY DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 16 | Tahmina Begum | 1974 Ellis Avenue | 10472 | 1 | BX 16 00405 | 2 | 2 | √ |
| | Wanda Sanchez | 1420 Wood Road | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 17 | Juanita Rivera | 2225 Lacombe Avenue | 10473 | 1 | BX 16 00404 | 23 | 23 | √ |
| | Gloria St. James | 1510 Unionport Road | 10462 | | BX 16 | " | " | |
| | Shamin Ahmed | 1368 Metropolitan Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| 18 | Iris Concepcion | 1523 Metropolitan Avenue | 10462 | 1 | BX 16 00400 | 27 | 27 | √ |
| | Asma Ferdous | 63 Metropolitan Oval | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 19 | Michelle Span-Nieves | 1737 Van Buren St. | 10460 | 3 | BX 16 00404 | 24 | 24 | √ |
| | Fernan Luna | 5 Metropolitan Avenue | 10460 | | BX 16 00405 | 3 | 3 | |
| | | | | | BX 16 00400 | 28 | 29 | |
| | | | | | BX 16 | " | " | |
| 20 | Gary Lee | 1441 Boston Road | 10460 | 1 | BX 16 00400 | 30 | 30 | √ |
| | Jorge Camacho | 2242 Hermany Avenue | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET - DEMOCRATIC PARTY - DESIGNATING PETITION ★ BRONX COUNTY**
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 21 | Sara Logan | 1104 East Tremont Avenue | 10460 | 1 | BX 16 00464 | 25 | 26 | √ |
| | Kevin G. Barzey | 2170 Story Avenue | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 22 | Jophelia James | 1500 Noble Avenue | 10460 | 1 | BX 16 00400 | 31 | 34 | √ |
| | Lena Johnson | 1500 Noble Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 23 | Linda Gohagan | 1222 St. Lawrence Avenue | 10472 | 1 | BX 16 00400 | 35 | 36 | √ |
| | Tamara Levine | 2190 Boston Road | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 24 | Victor E. Negron | 1408 Commonwealth Avenue | 10472 | 1 | BX 16 00400 | 37 | 38 | √ |
| | Victor E. Negron | 1408 Commonwealth Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 25 | Arthur Cornish Jr. | 1515 Metropolitan Avenue | 10462 | 1 | BX 16 00400 | 39 | 40 | √ |
| | Juned Ahmad Chowdhury | 1368 Leland Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET — DEMOCRATIC PARTY — DESIGNATING PETITION — BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 26 | Anthony Mojica | 1526 Beach Avenue | 10460 | 1 | BX 16 00400 | 41 | 44 | √ |
| | Milagros Mojica | 1526 Beach Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 27 | Bernice Crooms | 1323 Commonwealth Ave | 10472 | 1 | BX 16 00400 | 45 | 48 | √ |
| | Jocelyn Shepard | 1420 Parkchester Road | 10462 | | BX 16 | " | " | |
| | Clara Vasquez | 2059 McGraw Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| 28 | Dolores Spier | 1519 Metropolitan Avenue | 10462 | 1 | BX 16 00400 | 49 | 51 | √ |
| | Ida Seward | 1475 Thieriot Avenue | 10460 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 29 | Geneva Brye | 1575 Unionport Road | 10462 | 1 | BX 16 00400 | 52 | 52 | √ |
| | Judith Braunstein | 1430 Thieriot Avenue | 10460 | | BX 16 | " | " | |
| | Moses Carrero | 1500 Archer Road | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| 30 | Abigail D. Anokye | 1919 Mcgraw Avenue | 10462 | 1 | BX 16 00400 | 53 | 54 | √ |
| | Umma Reshma | 1919 Mcgraw Avenue | 10462 | | BX 16 | " | " | |
| | Shakila Sharmin | 1919 Mcgraw Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET – DEMOCRATIC PARTY – DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 31 | Mildred Rolon | 1966 Newbold Avenue | 10472 | 1 | BX 16 00400 | 55 | 56 | √ |
| | Samiha Tashneem | 63 Metropolitan Oval | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 32 | Siraj Shohag Uddin | 1496 St. Lawrence Avenue | 10460 | 1 | BX 16 00400 | 57 | 59 | √ |
| | Jahangir Alam Basith | 1837 Gleason Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 33 | Julissa Rosado | 2169 Watson Avenue | 10472 | 1 | BX 16 00400 | 60 | 63 | √ |
| | Alva Martell | 1236 Virginia Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 34 | Luis R. Sepulveda | 1339 Beach Avenue | 10472 | 1 | BX 16 00400 | 64 | 67 | √ |
| | Angel M Navarro | 1339 Beach Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 35 | Abdus Shahid | 2035 Haviland Avenue | 10472 | 1 | BX 16 00400 | 68 | 71 | √ |
| | Aysha Zaman | 1938 Benedict Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 36 | Naima Begum | 1211 Beach Avenue | 10472 | 1 | BX 16 00400 | 72 | 75 | √ |
|  | Linda Gohagan | 1222 St. Lawrence Avenue | 10472 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 37 | Laila Hoque | 1460 Parkchester Road | 10472 | 1 | BX 16 00400 | 76 | 79 | √ |
|  | Nilka Martell-Vega | 1236 Virginia Avenue | 10472 |  | BX 16 | " | " |  |
|  | Ambia Miah | 1268 White Plains Road | 10472 |  | BX 16 | " | " |  |
|  | Cruz Cardona | 1936 Haviland Avenue | 10472 |  | BX 16 | " | " |  |
| 38 | Elizabeth Garcia | 1971 Ellis Avenue | 10472 | 1 | BX 16 00400 | 80 | 83 | √ |
|  | Fausto Cordero | 1977 Ellis Avenue | 10472 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 39 | Mohammed Mujumder | 1950 Powell Avenue | 10472 | 2 | BX 16 00404 | 27 | 28 | √ |
|  | Rexona Mujumder | 1950 Powell Avenue | 10472 |  | BX 16 00400 | 84 | 88 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 40 | Irma Fuentes | 1041 Pugsley Avenue | 10472 | 2 | BX 16 00404 | 29 | 29 | √ |
|  | Eleanor Miller | 1041 Pugsley Avenue | 10472 |  | BX 16 00400 | 89 | 91 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 41 | Audrey Henry | 2010 Bruckner Boulevard | 10473 | 1 | BX 16 00404 | 30 | 33 | √ |
| | Julia Rodriguez | 2015 Bruckner Boulevard | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 42 | Aurora Carrion | 2010 Buckner Boulevard | 10473 | 1 | BX 16 00400 | 92 | 100 | √ |
| | Tracey L Davis | 2040 Bruckner Boulevard | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 43 | Jamil Uddin Kamran | 1974 Ellis Avenue | 10472 | 1 | BX 16 00400 | 101 | 103 | √ |
| | Reaz Kamran Uddin | 1974 Ellis Avenue | 10472 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 44 | Ruby Garner | 1595 Metropolitan Avenue | 10462 | 1 | BX 16 00405 | 4 | 7 | √ |
| | Carmen Hernandez Cruz | 2130 East Tremont Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 45 | Julekha Begum | 1116 White Plains Road | 10472 | 2 | BX 16 00404 | 34 | 34 | √ |
| | Tracey L Davis | 2040 Bruckner Boulevard | 10473 | | BX 16 00400 | 104 | 106 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition From | To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 46 | Henry Pelayo | 2411 Fuller Street | 10461 | 1 | BX 16 00400 | 107 | 110 | √ |
|  | Rupack Archee | 81 Metropolitan Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 47 | David Porter | 1735 Purdy Street | 10462 | 1 | BX 16 00400 | 111 | 114 | √ |
|  | Zelideth Diaz | 2200 East Tremont Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 48 | Osha Harris | 89 Metropolitan Oval | 10462 | 2 | BX 16 00405 | 8 | 9 | √ |
|  | Bryant McElroy | 89 Metropolitan Oval | 10462 |  | BX 16 00400 | 115 | 119 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 49 | Alicia Allen | 1 Metropolitan Oval | 10462 | 1 | BX 16 00400 | 120 | 126 | √ |
|  | Denise Thompson | 11 Metropolitan Oval | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 50 | Ildiko K. Spahn | 5 Metropolitan Oval | 10462 | 1 | BX 16 00400 | 127 | 129 | √ |
|  | Jose Rodriguez | 1564 Unionport Road | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 51 | Nichol Dark | 1470 Parkchester Road | 10462 | 1 | BX 16 00400 | 130 | 132 | √ |
|  | Celina Dark | 1470 Parkchester Road | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 52 | Lynette T. Browne | 1500 Archer Road | 10462 | 1 | BX 16 00400 | 133 | 136 | √ |
|  | Felipa A Manaiza | 1520 Archer Road | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 53 | Rosemary Ordonez-Jenkins | 1469 West Avenue | 10462 | 1 | BX 16 00400 | 137 | 140 | √ |
|  | Joseph Jenkins | 1469 West Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 54 | Maritza Cortaza | 1470 West Avenue | 10462 | 2 | BX 16 00405 | 10 | 10 | √ |
|  | Roseanne Phillips | 99 Metropolitan Avenue | 10462 |  | BX 16 00400 | 141 | 147 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 55 | Ana Cruz | 926 Bronx Park South | 10460 | 1 | BX 16 00400 | 148 | 150 | √ |
|  | Areatha Bryant | 633 Olmstead Avenue | 10473 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY
FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 56 | Rukiyah Abdur Rahim | 1935 McGraw Avenue | 10462 | ) | BX 16 00400 | 151 | 152 | √ |
|  | Sharif Islam | 1959 McGraw Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 57 | Margaret Borders | 2055 McGraw Avenue | 10462 | ) | BX 16 00400 | 153 | 160 | √ |
|  | Richard Graham | 2059 McGraw Avenue | 10462 |  | BX 16 | " | " |  |
|  | Alvin Player | 2059 McGraw Avenue | 10462 |  | BX 16 |  |  |  |
|  | Jose Cordero | 1971 Ellis Avenue | 10462 |  | BX 16 |  |  |  |
| 58 | Dulal Uddin | 1551 Unionport Road | 10462 | ) | BX 16 00400 | 161 | 164 | √ |
|  | Dorothye Nichols | 1560 Metropolitan Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 59 | Athlyn A Hart | 1515 Metroplitan Avenue | 10462 | ) | BX 16 00400 | 165 | 167 | √ |
|  | Sirajum Monira | 1522 Unionport Road | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 60 | Lucille T. Overton | 2059 St. Raymonds Avenue | 10462 | ) | BX 16 00400 | 168 | 170 | √ |
|  | Delores Vickers | 2065 St. Raymonds Avenue | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 61 | Ruben Diaz | 1600 Metropolitan Avenue | 10462 | 1 | BX 16 00400 | 171 | 174 | √ |
| | Leslie Diaz | 1600 Metropolitan Avenue | 10462 | | BX 16 | " | " | |
| | Ayana Vickers | 2065 St. Raymonds Avenue | 10462 | | BX 16 | " | " | |
| | Shirley Williams | 1604 Metropolitan Avenue | 10462 | | BX 16 | " | " | |
| 62 | Lucy Nieves | 1650 Metropolitan Avenue | 10462 | 1 | BX 16 00400 | 175 | 177 | √ |
| | Karl Bryant | 1690 Metropolitan Avenue | 10462 | | BX 16 | " | " | |
| | Alfred Vickers | 2065 St. Raymonds Avenue | 10462 | | BX 16 | " | " | |
| | Lauryn Wilson | 20 Metropolitan Oval | 10462 | | BX 16 | " | " | |
| 63 | Sardar Mohammed Ali | 2135 Gleason Avenue | 10462 | 1 | BX 16 00400 | 178 | 178 | √ |
| | Rosamund Tyson | 2065 St. Raymonds Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 64 | Tanya Carrion | 1624 Parker Street | 10462 | 2 | BX 16 00404 | 35 | 36 | √ |
| | Delia Vasquez | 1624 Parker Street | 10462 | | BX 16 00400 | 179 | 179 | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 65 | Joseph Ramos | 2207 Manning Street | 10462 | 1 | BX 16 00405 | 11 | 15 | √ |
| | Madeline Zayas | 2207 Manning Street | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition From | To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 66 | Ivette De Jesus | 1385 Castle Hill Avenue | 10462 | 1 | BX 16 00405 | 16 | 21 | √ |
|  | Saleh Uddin | 89 Metropolitan Avenue | 10462 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 67 | Amin Choudhury | 1149 White Plains Road | 10472 | 1 | BX 16 00405 | 22 | 23 | √ |
|  | Hortencia Mendez | 2046 McGraw Avenue | 10462 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 68 | Francheska Matos | 1266 Olmstead Avenue | 10462 | 1 | BX 16 00405 | 24 | 26 | √ |
|  | Nelly La Verde | 2155 Gleason Avenue | 10462 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 69 | Fatema Jinnath | 2149 Powell Avenue | 10462 | 1 | BX 16 00405 | 27 | 31 | √ |
|  | Madeline De Feo | 2343 Haviland Avenue | 10462 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 70 | Frizell Brown | 580 Castle Hill Avenue | 10473 | 1 | BX 16 00400 | 180 | 182 | √ |
|  | Christine Brown | 580 Castle Hill Avenue | 10473 |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 71 | Shirley M. Simmons | 535 Havemeyer Avenue | 10473 | 1 | BX 16 00400 | 183 | 187 | √ |
| | Barbara Wray | 2225 Lacombe Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 72 | Almas Ali | 1947 Blackrock Avenue | 10472 | 1 | BX 16 00405 | 32 | 33 | √ |
| | Hortencia Santana | 2125 Randall Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 73 | Leocadia Lee | 1218 Virginia Avenue | 10472 | 1 | BX 16 00405 | 34 | 37 | √ |
| | Hector Martell | 1236 Virginia Avenue | 10472 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 74 | Abdul Hanna | 99 Metropolitan Oval | 10462 | 1 | BX 16 00405 | 38 | 39 | √ |
| | Aqilah Mumin | 89 Metropolitan Oval | 10462 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| 75 | Hilda Hernandez | 2012 Turnbull Avenue | 10473 | 1 | BX 16 00405 | 40 | 44 | √ |
| | Alicia Mendietta | 2012 Turnbull Avenue | 10473 | | BX 16 " | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 76 | Nabi Muhammed | 2149 Powell Avenue | 10462 | 1 | BX 16 00405 | 45 | 47 | √ |
|  | Diana Owens | 1520 Archer Road | 10462 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 77 | William Crespo | 2235 Lafayette Avenue | 10473 | 1 | BX 16 00405 | 48 | 54 | √ |
|  | Joshua Crespo | 2235 Lafayette Avenue | 10473 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 78 | Gissele Moyano | 2244 Virgil Place | 10472 | 2 | BX 16 00405 | 55 | 56 | √ |
|  | Gladys E. Martell | 2027 Daly Avenue | 10460 |  | BX 16 00400 | 188 | 189 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 79 | Carmen Roman | 2123 Boston Road | 10460 | 1 | BX 16 00405 | 57 | 59 | √ |
|  | Janice Reyes | 2043 Homer Avenue | 10473 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 80 | Pernell Lewis | 1965 Lafayette Avenue | 10473 | 1 | BX 16 00405 | 60 | 63 | √ |
|  | Mercedes Nieves | 2201 Bruckner Avenue | 10472 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 81 | Norma Cruz | 645 Bolton Avenue | 10473 | 1 | BX 16 00404 | 37 | 38 | √ |
|  | Iantha M. Brothers | 1026 East 180 Street | 10460 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 82 | Kazi S. Alom | 1336 Pugsley Ave | 10462 | 1 | BX 16 00405 | 64 | 67 | √ |
|  | Kazi Kobirul Islam | 1336 Pugsley Ave | 10462 |  | BX 16 | " | " |  |
|  | Norman Gardner | 2140 Bruckner Boulevard | 10473 |  | BX 16 | " | " |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 83 | Habib Rahman | 63 Metropolitan Oval | 10462 | 2 | BX 16 00405 | 68 | 69 | √ |
|  | Yesenia Clausell | 580 Castle Hill Avenue | 10473 |  | BX 16 00400 | 190 | 191 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |
| 84 | Muriel Francis | 1040 Havemeyer Avenue | 10462 | 1 | BX 16 00400 | 192 | 193 | √ |
|  | Elizabeth Goodwin | 997 East 179 Street | 10460 |  | BX 16 | " | " |  |
|  | Robert Hardy | 1469 West Avenue | 10462 |  | BX 16 | " | " |  |
|  | Rois Uddin | 1410 Parkchester Road | 10462 |  | BX 16 | " | " |  |
| 85 | Lisa Pizzaro | 2050 Seward Avenue | 10473 | 2 | BX 16 00404 | 39 | 43 | √ |
|  | Gulam M. Choudhury | 2249 Chatterton Avenue | 10472 |  | BX 16 00400 | 194 | 197 |  |
|  |  |  |  |  | BX 16 |  |  |  |
|  |  |  |  |  | BX 16 |  |  |  |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages From | Pages To | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| 86 | Bessie Woodward-Slater | 1690 East 174 Street | 10472 | | BX 16 00400 | 198 | 199 | √ |
| | Anthony Henry | 1410 Parkchester Road | 10462 | | BX 16 | " | " | |
| | Maritza Colon | 2025 Seward Avenue | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| 87 | Henrietta James | 1942 Blackrock Ave | 10462 | | BX 16 00400 | 200 | 203 | √ |
| | Barbara A. Johnson | 2050 Seward Avenue | 10473 | | BX 16 | " | " | |
| | Kathie Jackson | 633 Olmstead Avenue | 10473 | | BX 16 | " | " | |
| | Areatha Bryant | 633 Olmstead Avenue | 10473 | | BX 16 | " | " | |
| 88 | Geraldine Lamb | 575 Castle Hill Avenue | 10473 | 2 | BX 16 00404 | 44 | 47 | √ |
| | Cheryl Lamb | 575 Castle Hill Avenue | 10473 | | BX 16 00400 | 204 | 206 | |
| | Hortensia Santana | 2125 Randall Avenue | 10473 | | BX 16 | " | " | |
| | Linda Soto | 2050 Seward Avenue | 10473 | | BX 16 | " | " | |
| 89 | Annette Cotton | 530 Olmstead Avenue | 10473 | | BX 16 00400 | 207 | 219 | √ |
| | Maria C. Torres | 2275 Randall Avenue | 10473 | | BX 16 | " | " | |
| | Michelle Wheeler | 575 Castle Hill Avenue | 10473 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| 90 | Melanie Clune | 575 Castle Hill Avenue | 10473 | | BX 16 00400 | 220 | 220 | √ |
| | Dennis Miller | 2209 Manning Street | 10472 | | BX 16 | " | " | |
| | Showpon Hoque | 1460 Parkchester Road | 10472 | | BX 16 | " | " | |
| | Rushna Uddin | 1210 Virginia Avenue | 10472 | | BX 16 | " | " | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.

**COVER SHEET ★ DEMOCRATIC PARTY ★ DESIGNATING PETITION ★ BRONX COUNTY**

FOR THE PARTY POSITION(S) OF MEMBER(S) OF THE DEMOCRATIC COUNTY COMMITTEE FROM THE 87 ASSEMBLY DISTRICT, BRONX COUNTY, NEW YORK

| Election District | Names of Candidates And Contact Person to Correct Deficiencies[1] | Place of Residence[2] | Zip Code | Total Number of Volumes in Petition | Identification Number(s) of Volume(s)[3] | Pages numbered from first page number to last page number, inclusive for candidates in specified volume and petition | | If checked (√). The petition contains the number or in excess of the number, of valid signatures required by Election Law.[4] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | From | To | |
| 91 | Mohammed Emran Tipu | 1938 East Tremont Avenue | 10462 | 1 | BX 16 00405 | 70 | 70 | |
| | Phyllis Gray | 633 Olmstead Avenue | 10473 | | BX 16 | " | " | |
| | Dorothy Chambers | 2140 Seward Avenue | 10473 | | BX 16 | " | " | |
| | Patricia Vestal | 36 Metropolitan Avenue | 10462 | | BX 16 | " | " | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| ● | | | | | BX 16 | | | |
| | | | | | BX 16 | | | √ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |
| ● | | | | | BX 16 | | | |
| | | | | | BX 16 | | | √ |
| | | | | | BX 16 | | | |
| | | | | | BX 16 | | | |

[1] The contact person to correct deficiencies for each candidate named herein is Ibrahim B. Shatara, 2155 Daly Avenue, 6A, Bronx, NY 10462, Fax: 347-748-9689.
[2] Each and every place of residence, herein set forth, is located in the Borough of Bronx, County of Bronx, City and State of New York.
[3] Each entry set forth below shall be deemed to apply to every candidate in the specified election district.
[4] The absence of a check mark (√) shall signify that petitions for the candidates set forth in the specified election district are not hereby filed and should be disregarded as void.