# AFFIDAVIT

STATE OF NEW YORK )
                  )ss:
COUNTY OF BRONX   )

**Harry McKenzie,** being over the age of eighteen, a resident of Bronx County and duly sworn, deposes and says:

1. My name is Harry McKenize and I reside at 1183 Grant Avenue, Apartment ___, Bronx, New York.

2. On July 21, 2014, I reviewed a document that I am informed is Designating Petition Volume No. BX1400197. On line 03 of page 32 appears my name, misspelled, my address and what purports to be my signature. That is not my signature and I did not sign this petition.

_____
Harry McKenize

Sworn to before me this
21st day of July, 2014

_____
Notary Public

DONALD R. DUNN, JR.
Notary Public, State of New York
#02DU6192192
Qualified in Bronx County
Commission Expires August 25, 20 16