

The Board of Elections in the City of New York

**REDACTED**

| | | |
|---|---|---|
| PRINT | 2. SURNAME: SOMERS Greene AURELIA | E-00818075 BRONX |
| | GIVEN NAME / INITIAL / E.D. / A.D. / DATE OF REGISTRATION | DATE OF BIRTH: 1934 |
| 5. STREET ADDRESS: 1248 TELLER AVE 3M 56 PRIVATE HOUSE | LENGTH OF RESIDENCE: N.Y. STATE YRS 29 / CITY YRS 29 / E.D. YRS __ MO 8 | |
| 10. HEIGHT: 5'4" / 11. COLOR OF HAIR: Black / 12. COLOR OF EYES: Brown / 13. MARRIED / SINGLE / WIDOWED | 14. WAS APPLICANT CHALLENGED / 15. CHECK CARD EXECUTED | CANCELLATION DATE REASON (✓) |
| 16. FILL IN ONLY IF APPLICANT DID PREVIOUSLY VOTE AT A GENERAL ELECTION IN THIS STATE | | |
| IN WHAT YEAR DID YOU LAST VOTE: 1963 | DID YOU REGISTER UNDER YOUR PRESENT NAME / IF NOT, UNDER WHAT NAME | DID YOU THEN RESIDE AT YOUR PRESENT ADDRESS / REP / ENTERED BY |
| IF NOT, FROM WHAT ADDRESS DID YOU VOTE: 3112 GRACE AVE BX 69 N.Y. | | TO BOARD OF ELECTIONS: 274948 |
| | | MARRIED |
| 19. FILL IN ONLY IF APPLICANT DID NOT PREVIOUSLY... IF BORN IN THE UNITED STATES | | |
| ST. ADDRESS / CITY, TOWN / COUNTY | | |
| NAME AND ADDRESS OF EMPLOYER: HOUSEWIFE | E.D. 57 A.D. 76 | DEMOCRAT Greene |
| 20. PAPERS / OWN / FATHERS / MOTHERS / HUSBANDS / CITY AND STATE / NAME OF PERSON TO WHOM ISSUED | IF NATURALIZED THROUGH HUSBAND, WAS APPLICANT MARRIED TO SUCH HUSBAND BEFORE SEPT. 22, 1922 | 21. THE FOREGOING STATEMENTS ARE TRUE X Aurelia Greene SIGNATURE OF APPLICANT |

Print by: gmorretta, Printed on: 8/17/2016 3:27:27 PM, ScanDate: 1991 02 22, BatchNumber: 66, DocumentNumber: 1054



**REDACTED**

The Board of Elections in the City of New York

| | | | |
|---|---|---|---|
| ❶ Qualifications | 1 | Are you a citizen of the U.S.? ☑ Yes ☐ No<br>If you answer No, you cannot register to vote | RECEIVED 4100 28467<br>BRONX BD OF ELECTIONS |
| | 2 | Will you be 18 years of age on or before election day? ☑ Yes ☐ No<br>If you answer No you cannot register to vote unless you will be 18 by... | 16 JAN 20 AM 11:56 |
| Your name | 3 | Last name WILLIAMS<br>First name PETER | Middle Initial R |
| More information<br>items 6 & 7 are optional | 4 | Birth date ██████ 1974 | 5 Sex ☑ M ☐ F |
| | 6 | Phone ██████ | 7 Email pjcwils@yahoo.com |
| The address where you live | 8 | Address (not P.O. box) 1248 TELLER AVE<br>Apt Number 2  Zip code 10456<br>City/Town/Village<br>New York State County BRONX | |
| The address where you receive mail<br>Skip if same as above | 9 | Address or P.O. box 1248 TELLER AVE<br>P.O. Box  Zip code 10456<br>City/Town/Village BRONX | |
| Voting history | 10 | Have you voted before? ☑ Yes ☐ No | 11 What year? 2012 |
| Voting information that has changed<br>Skip if this has not changed or you have not voted before | 12 | Your name was<br>Your address was 3222 BRONX BLVD 6, Bronx NY<br>Your previous state or New York State County was BRONX | |
| Identification<br>You must make 1 selection<br>For questions, please refer to... | 13 | ☐ New York State DMV number<br>☐ Last four digits of your Social Security number  xxx-xx-████<br>☐ I do not have a New York State driver's license or a Social Security number | |
| Political party<br>You must make 1 selection<br>... | 14 | **I wish to enroll in a political party**<br>☑ Democratic party<br>☐ Republican party<br>☐ Conservative party<br>☐ Green party<br>☐ Working Families party<br>☐ Independence party<br>☐ Women's Equality party<br>☐ Reform party<br>☐ Other _____<br>**I do not wish to enroll in a political party**<br>☐ No party | 16 | **Affidavit: I swear or affirm that**<br>• I am a citizen of the United States.<br>• I will have lived in the county, city or village for at least 30 days before the election<br>• I meet all requirements to register to vote in New York State<br>• This is my signature or mark in the box below.<br>• The above information is true, I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years<br>Sign _[signature]_ |
| Optional questions | 15 | ☐ I need to apply for an Absentee ballot<br>☐ I would like to be an Election Day worker | Date 01/16/2016 |

MOISTEN AND SEAL

Print by: gmorretta, Printed on: 8/17/2016 3:31:20 PM, ScanDate: 2016 01 20, BatchNumber: 7, DocumentNumber: 2



The Board of Elections in the City of New York

| | | |
|---|---|---|
| **① Qualifications** | 1 | Are you a citizen of the U.S.? ☑ Yes ☐ No<br>If you answer: No, you cannot register to vote.    315 443306 |
| | 2 | Will you be 18 years of age on or before election day? RECEIVED BRONX BD OF ELECTIONS IN THE CITY OF N.Y.<br>If you answer: No, you cannot register to vote unless you will be 18 by the end of the year |
| **Your name** | 3 | Last name  Williams    16 JAN 20 AM 11:56    Suffix<br>First name  Chantel    Middle Initial |
| **More information**<br>Items 6 & 7 are optional | 4 | Birth date  ██████ /81    5 Sex ☐ M ☑ F |
| | 6 | Ph████████    Email |
| **The address where you live** | 8 | Address (not P.O. box)  1248 Teller avenue<br>Apt. Number  2nd FLR    Zip code  10456<br>City/Town/Village  Bronx<br>New York State County  new york |
| **The address where you receive mail**<br>Skip if same as above | 9 | Address or P.O. box  1248 Teller avenue<br>P.O. Box  2nd FLR    Zip code  10456<br>City/Town/Village  Bronx |
| **Voting history** | 10 | Have you voted before? ☑ Yes ☐ No    11 What year? 2012 |
| **Voting information that has changed**<br>Skip if this has not changed or you have not voted before | 12 | Your name was<br>Your address was  3222 Bronx Blvd, BX<br>Your previous state or New York State County was |
| **Identification**<br>You must make 1 selection | 13 | ☐ New York State DMV number<br>☐ Last four digits of your Social Security number  xxx-xx-████<br>☐ I do not have a New York State driver's license or a Social Security number |
| **Political party**<br>You must make 1 selection | 14 | I wish to enroll in a political party<br>☑ Democratic party<br>☐ Republican party<br>☐ Conservative party<br>☐ Green party<br>☐ Working Families party<br>☐ Independence party<br>☐ Woman's Equality party<br>☐ Reform party<br>☐ Other ............<br>I do not wish to enroll in a political party<br>☐ No party | **Affidavit: I swear or affirm that**<br>• I am a citizen of the United States.<br>• I will have lived in the county, city or village for at least 30 days before the election<br>• I meet all requirements to register to vote in New York State.<br>• This is my signature or mark in the box below<br>• The above information is true. I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years<br><br>Sign  *Chantel Williams*<br>Date  1/16/2016 |
| **Optional questions** | 15 | ☐ I need to apply for an Absentee ballot<br>☐ I would like to be an Election Day worker | |

MOISTEN AND SEAL

Print by: gmorretta , Printed on: 8/17/2016 3:30:54 PM , ScanDate: 2016 01 20 , BatchNumber: 8 , DocumentNumber: 1

REDACTED



REDACTED

The Board of Elections in the City of New York

| | | |
|---|---|---|
| ☒ New registration and enrollment | ☐ Address change | ☐ Party enrollment change ☐ Name change ☐ Yes, I would like to be an Election Day Worker |
| ☐ Yes, I need an application for an Absentee Ballot | **Please print or type in blue or black ink** | |

**For Board use only:**
2007 SEP 17 P 5:28

1. Are you a U.S. citizen? Yes ☒ No ☐
2. I will be 18 years old on or before election day: Yes ☒ No ☐
3. Last Name: Palmer  First Name: Vernon  Middle Initial: S  Suffix:
4. Address Where You Live: 1248 Teller Avenue  Apt. No.:  City/Town/Village: Bronx  Zip Code: 10456  County: Bronx
5. Address Where You Get Your Mail (if different from above):
6. Date of Birth: [redacted]/63
7. Sex: (M)
8. Home Tel. Number (optional):
9. ID Number — New York Driver's License Number: [redacted]  LAST FOUR DIGITS of your Social Security number: [redacted]
10. The last year you voted: Don't remember   Your Address was: 1059 Teller Avenue, Bx 10456   In county/state: Bronx
11. Choose a Party — Check one box only:
    - ☐ REPUBLICAN PARTY
    - ☒ DEMOCRATIC PARTY
    - ☐ INDEPENDENCE PARTY
    - ☐ CONSERVATIVE PARTY
    - ☐ WORKING FAMILIES PARTY
    - ☐ OTHER (write in) _____
    - ☐ I DO NOT WISH TO ENROLL IN A PARTY

12. **AFFIDAVIT:** I swear or affirm that
    - I am a citizen of the United States.
    - I will have lived in the county, city, or village for at least 30 days before the election.
    - I meet all requirements to register to vote in New York State.
    - This is my signature or mark on the line below.
    - The above information is true. I understand that if it is not true I can be convicted and fined up to $5,000 and/or jailed for up to four years.

    Signature or mark: X [signature] Palmer   Date: 9/13/07

Print by: gmorretta , Printed on: 8/17/2016 3:30:07 PM , ScanDate: 2007 10 12 , BatchNumber: 1 , DocumentNumber: 33



The Board of Elections in the City of New York

REDACTED

| | | |
|---|---|---|
| Surname: HOLLEY | Given Name: SYBIL | Initial: E |
| Street Address: 1248 TELLER AVENUE | Zone: 104/56 | Room/Apt: 2nd |
| E.D.: 57 | A.D.: 76 | Date of Registration: 3/31/73 |
| Serial: O1477159 | County: BRONX | |
| Height: 5'3" | Color of Hair: BLK | Color of Eyes: BRN |
| Birthplace: ALABAMA | | |
| Employer: ASSOCIATED RETAIL STORES - L.I.C., N.Y. | | |
| Party: DEM / DEMOCRAT | | |
| Signature: Sybil E. Holley | | |

1973

C 313458

56/76 - 1975



The Board of Elections in the City of New York





Print by: gmorretta , Printed on: 8/17/2016 3:25:41 PM , ScanDate: 1993 09 23 , BatchNumber: 20 , DocumentNumber: 24