UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ILKA RIOS, ALISON BUSH, JOYCE CULLER, PAMELA STEWART-MARTINEZ, WINFRED COULTON, SHARAN FERNANDEZ, CHARLENE PRICE, ROXANNE DELGADO, JAMES GRAHAM, PATRICIA JONES, MARJORIE VANHOOK, PHILLIP LINDSAY, MARK A. LINDSAY, TOSHA IRALDO, LINDA ARNOLD, STEPHANIE PRYOR, ANSELMO BALLANTIME, AND YVONNE WHITE,

on behalf of themselves and all other persons who reside in Bronx County, New York, who are similarly situated,

                                                      Plaintiffs,

            -against-

STANLEY KALMON SCHLEIN, RUBEN DIAZ, JR., JEFFREY DINOWITZ, MICHAEL R. BENEDETTO, CARL E. HEASTIE, AURELIA GREENE, ANNABEL PALMA, MARCOS A. CRESPO, ANTHONY PEREZ, VENANCIO "BENNY" CATALA, JOHN ZACARRO, ANGEL GAUD, YVES FILIAS, LEILA MARTINEZ, YUDELTKA TAPIA, UNIDENFITIED CO-CONSPIRATORS 1 TO 100, and as necessary parties THE BOARD OF ELECTIONS IN THE CITY OF NEW YORK and THE NEW YORK STATE BOARD OF ELECTIONS,

                                                      Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS**

16-CV-6448 (KMW)

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion, dated June 8, 2017, Defendant Board of Elections in the City of New York (the "Board"), by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, will move this Court, before the Honorable Kimba M. Wood, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007 on a date and time designated by the Court, for an Order pursuant to Rule 12(b)(6)

of the Federal Rules of Civil Procedure dismissing the claims pled in the Second Amended Complaint, dated May 4, 2017 (dkt. no. 50) (the "SAC") against the Board, in their entirety, on the grounds that: 1) Plaintiffs fail to state a claim for municipal liability against the Board; and 2) Plaintiffs fail to state a claim under the Racketeer Influenced and Corrupt Organizations Act against the Board, and awarding the Board such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with Section 2(E) of Judge Wood's Individual Practices, Plaintiffs' opposition, if any shall be served within 14 days after service of the Board's moving papers, and the Board's reply, if any, shall be served within 7 days after service of Plaintiffs' answering papers.

Dated:    New York, New York
          June 8, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant Board of Elections in the City of New York
100 Church Street, Room 2-182
New York, New York 10007
(212) 356-2613
(212) 356-8760 (fax)
eschnitt@law.nyc.gov

By:        s/
       EVAN SCHNITTMAN
       Assistant Corporation Counsel

To:   **BY ECF**
      Donald Dunn, Jr., Esq.
      LAW OFFICE OF DONALD R. DUNN, JR.
      Attorneys for Plaintiffs
      441 East 139th Street
      Bronx, New York 10454
      (347) 270-1863
      Donald@drdunnlaw.com

-3-

    - and –

Marissa Soto, Esq.
LAW OFFICE OF MARISSA SOTO
Attorneys for Defendant the Executive Committee of the Bronx Democratic County Committee
1937 Williamsbridge Road
Bronx, New York 10461
(646) 812-6347
Marissa.Soto@bxadvocates.com

    - and –

Roderick Arz, Esq.
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant the New York State Board of Elections
120 Broadway
New York, New York 10271
(212) 416-8633
Roderick.Arz@ag.ny.gov