UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILKA RIOS, et al.,

                Plaintiffs,

v.

STANLEY KALMON SCHLEIN, et al.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/17

16-CV-6448 (KMW)

**ORDER**

KIMBA M. WOOD, District Judge:

    This Order concerns Plaintiffs' apparent abandonment of this case.

    Although Defendant New York City Board of Elections ("City Board") filed a Motion to Dismiss on June 8, 2017 (ECF No. 56), Plaintiffs never responded. On August 24, 2017, that Motion was granted. (ECF No. 59.) Because the reasons for dismissing the City Board also applied to dismissing Defendant New York State Board of Elections ("State Board"), that Order gave Plaintiffs until September 23, 2017, to object to dismissing State Board as well. (*Id.* at 6.) To date, Plaintiffs have not objected. Accordingly, State Board is dismissed from this case with prejudice.

    The remaining Defendants have informed the Court that they still have not been served with the Second Amended Complaint. (ECF No. 62.) Plaintiffs have not responded to this letter either.

    This action is dismissed with prejudice because of Plaintiffs' failure to prosecute.

    SO ORDERED.

Dated: New York, NY.
      ~~September 28~~, 2017
      October 3,
      /s/
      KMW

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                            United States District Judge